

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2016

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Jason Galanis et al.</u>,
               16 Cr. 371 (RA)

Dear Judge Abrams:

      The Government writes in advance of the arraignment, scheduled for Wednesday, June 8, 2016, to apprise the Court of certain pertinent facts. First, three of the defendants charged in the case pending before this Court – Jason Galanis, John Galanis and Gary Hirst – were previously charged in an unrelated, pending criminal case before the Honorable P. Kevin Castel, 15 Cr. 643 (PKC), which is set for trial September 12, 2016. Second, your Deputy requested that each of the defendants who were not previously presented in this District should appear for presentment in Magistrate's Court prior to the arraignment. The Government has informed the relevant defendants – Hugh Dunkerley, Bevan Cooney and Gary Hirst – of this request. We understand, however, that due to Mr. Cooney's counsel's previously scheduled Ninth Circuit argument on Tuesday, June 7, 2016, he will not be able to appear prior to June 8, 2016. Accordingly, the Government respectfully requests that Your Honor conduct Mr. Cooney's presentment in conjunction with his arraignment on Wednesday afternoon.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                          By:  /s/ Aimee Hector_____
                               Brian R. Blais
                               Aimee Hector
                               Rebecca Mermelstein
                               Assistant United States Attorneys
                               (212) 637-2521/2203/2360

cc: All counsel of record (by electronic mail)

Case 1:16-cr-00371-RA   Document 27   Filed 06/06/16   Page 2 of 3

[Type text]

[Type text]