LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P (917) 408 - 6484  
F (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

August 17, 2016

The Honorable Ronnie Abrams  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

USDC-SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
D: AUG 17 2016

Re: <u>United States v. Jason Galanis</u>, 16 CR 371 (RA)

Dear Judge Abrams,

    I am appointed to represent Mr. Galanis, along with Lisa Scolari, in the above captioned matter.

    After conferring with Mr. Galanis, I write to withdraw our objection to the government's request for a copy of the defendant's financial affidavit filed with the Court. As such, we also request that the Court remove the August 24th status conference on this issue from its calendar.

Respectfully submitted,

Christopher Madiou

Cc: Amiee Hector, Brian Blais & Rebecca Mermelstein  
Assistant U.S. Attorneys (by ECF)

---

Application granted. The August 24, 2016 conference shall be adjourned, and the Clerk of Court is respectfully directed to terminate items 70 and 75 on the docket. The Court will mail copies of Defendant's financial affidavit to counsel for the Government and Defendant. So ordered.

Ronnie Abrams, U.S.D.J.  
August 17, 2016