**MEMO ENDORSED**

LISA SCOLARI  
Attorney at Law  
20 Vesey Street, Suite 400  
New York, New York 10007  
lscolarilaw@earthlink.net

TEL 212-227-8899                        FAX 212-964-2926

August 14, 2017

Hon. Ronnie Abrams  
United States District Court  
Southern District of New York  
New York, New York 10007  
*via email*

**Re: United States v. Jason Galanis,<br>16 Cr. 371 (RA)**

Your Honor,

    I write to request a clarification of the Court's intention and to inform the Court of the way in which Senior Counsel for the Bureau of Prisons recommends that the judgment be written to effectuate the Court's wishes.

    First, I understood the Court's intention to sentenced Mr. Galanis to 60 months consecutive to the 135 months that he already received. I also understood that the Court wished to give Mr. Galanis credit for the fifteen months that he spent in federal custody prior to this sentence. If the Court wishes to give actually give Mr. Galanis credit for the fifteen months on this case, I respectfully suggest that the Court adjust the consecutive portion of his sentence by fifteen months. In other words, indicate that 45 months rather than 60 months should run consecutive to the 135 months. The government objects to this suggestion.

    Regarding the way in which the judgment should be written, I spoke with Paul Irby, Esq. who is Senior Counsel for the Bureau of Prisons Designation and Computation Center in Grand Prairie, Texas. The Center does the calculation of and determines designations for all federal sentences. Mr. Irby recommends that in order to avoid confusion the judgment should say something like:

    "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ___ . ___ months shall be served concurrently with defendant's sentence imposed in case no. 15 Cr. 643 (PKC), with the remaining ___ months to be served consecutively."

Respectfully,<br>
*Lisa Scolari*<br>
Lisa Scolari

cc: Rebecca Mermelstein, Esq.

---

The Government shall respond by noon tomorrow. SO ORDERED.

Ronnie Abrams, U.S.D.J.  
August 15, 2017