USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/20/18.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from the general counsel of Renasant Bank, which has apparently received a subpoena calling for one of its employees to testify at the trial in this matter. Any party wishing to quash a subpoena must do so in compliance with the Federal Rules of Criminal Procedure.

SO ORDERED.

Dated: February 20, 2018
New York, New York

Ronnie Abrams
United States District Judge



United States of America v. Jason Galanis et al , 16-cr-371(RA)
Kevin Smith
to:
abrams_nysdchambers@nysd.uscourts.gov
02/16/2018 03:55 PM
Hide Details
From: Kevin Smith <Kevin.Smith@renasant.com>

To: "abrams_nysdchambers@nysd.uscourts.gov" <abrams_nysdchambers@nysd.uscourts.gov>

Dear Court,

This is Kevin Smith with the general counsel's office of Renasant Bank headquartered in Tupelo, Mississippi. We received a subpoena for trial testimony in the above captioned criminal matter for one of our employees who lives/works in Birmingham, Alabama. Clearly, this runs afoul of the 100 mile limit for non-party witnesses found in Federal Rule of Civil Procedure 45. I write to ask if there is any way to avoid the expense of hiring a New York licensed attorney to file a motion to quash the subpoena for trial attendance by our Alabama employee for a New York trial. Thanks for any assistance.

Kevin Smith
662-680-1232