# EXHIBIT 17

| From: | Devon Archer [darcher@rosemontcapital.com] |
| Sent: | 7/18/2015 12:39:41 PM |
| To: | Kyle Wool [kyle.wool@morganstanley.com] |
| Subject: | Burnham & Co Pitch Deck 20150717F.pdf |

Kyle,
Please see latest overview in the form of a pitch to Harvest for your file.  Please review.
Best,
Devon

GOVERNMENT
EXHIBIT
375
16 Cr. 371 (RA)

MS-USAO-0004553

MS-USAO-0004554

FOIA Confidential Treatment Requested

# BURNHAM

*A Tradition of Innovation in Motion*

Private & Confidential


**BURNHAM**

# Partner with Burnham & Co.

**Building a diversified global financial services firm:**

- Based on a recognized brand
- Disciplined acquisition strategy
  - Buying at discounts to Fair Value
  - Only with majority control
  - Quick execution and high completion rate
- Consolidated book value of $320+ million
- Spanning insurance, banking and asset management in Europe and US
- Fully licensed and in "good standing" in five jurisdictions
- Active in 38 countries – clients and investments

**Pursuing a focused strategy based on high-margin niches:**

- Target market segments
  - High Net Worth and above
  - Sovereign wealth and pension funds
  - Small and mid-sized enterprises (SME)
- Niche opportunities
  - Insurance solutions for HNW, e.g. PPLI
  - Private equity fund of funds in mid-market Europe
  - Emerging Managers fund
  - Tribal bonds and municipal finance in US
  - Minority-owned business access in US
- Barriers to entry
  - Strong relationships
  - Geographic reach
  - Clean regulatory record

**Partnering with Harvest as a strategic investor:**

- External investor with established credentials
- Access to Chinese market
- Equity participation in growing multi-national financial institution
- Common strategic views on cross-border capital flows
  - Chinese investors seeking to deploy assets internationally
  - Access to foreign capital raising opportunities

FOIA Confidential Treatment Requested

# Recognized Brand Name

BURNHAM

MOELIS & COMPANY

Jefferies

CANYON CAPITAL ADVISORS

CRESCENT

MILKEN INSTITUTE

ARES

APOLLO

HG Bank (Malta) Ltd

viennalife
VIENNA INSURANCE GROUP


BURNHAM

valor

**Burnham Legacy**

**Current Acquisitions**

**Future Acquisitions**

icbl
Always there when you need us most

NEW OLYMPIA RE

IWI
INTEGRATED WEALTH INSURER

Atlantic Asset Management

FONDINVEST CAPITAL

Bonwick Capital

GiRObank

BURNHAM

Burnham & Co.

FOIA Confidential Treatment Requested

# Solid Foundation

◆ BURNHAM

Comprised of capabilities across three lines of business with access to key target segments

## Product Scope



### Insurance
- Private Placement Life Insurance
- Unit Linked Insurance Plan

### Asset Management
- Private Equity Fofs
- Specialty Funds
- Emerging Managers Funds
- Managed Accounts
- Registered Products
- Strategic Advisory

### Investment Banking
- Agency Brokerage
- Capital Markets
- Product Research Equities
- Hedge Fund Research
- Proprietary Banking Operations
- Securities Lending
- Repo
- Capital Pool

## Client Reach

### Indirect Distribution


Private Wealth

High Net Worth Clients
- ~6,000 HNW Clients with ~$5.4B Assets on Balance Sheet

### Direct Distribution


- Sovereign Wealth
- Pension Funds
- SMEs

Middle market institutional
- ~20 SWF and Government Institutions
- Pension Funds ~$10B in Assets under Management

Small and mid-sized enterprises in US and Europe
- Corporates
- Government authorities

LEGEND

On Balance Sheet (Non-Risk Bearing)

On Balance Sheet (Risk Bearing)

Fee Only services



# Example: "PPLI"

Objectives of this solution for HNW investors are to: **Protect assets and achieve tax-efficiency**

## PPLI – Private Placement Life Insurance provides

**Flexibility**

- Subject to laws and regulations in client's domicile
- Limitations on investment options vary by domicile
- Flexible premiums and contract terms
- Ability to use the policy as collateral
- Choice of custodian bank

**Tax efficiency**

- Tax free accumulation of dividends and interest
- Tax deferral and tax free transfer to beneficiaries

**Estate and Inheritance Planning**

- Asset protection from claims of creditors or other policy holders
- Choice of beneficiary and allocation
- Death benefits determined by policyholder

## PPLI is one of many vehicles available

One type of unit-linked offering

- European-oriented
- Similar to variable life offerings
- No guarantees; market risk borne by policyholder

**Other vehicles available**

- Insurance dedicated funds (IDF)
- 953d for investors with assets in US

**ValorLife is expanding its solutions**

- Provide policyholders and financial advisors wide array of vehicles and jurisdictions
- Broadest range of choices in the industry
- Ability to customize for any advisor or policyholder

Appendix:  Illustration of Fees and Commissions over the life of a PPLI contract (P. 33)
Breakout of ValorLife Policyholders by country of residence by value (P. 34)

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004558

# Established Relationships

Burnham has established working relationships with key organizations across financial services globally



FOIA Confidential Treatment Requested

# New Structure

Organizing businesses to enable sharing of talent, capital, relationships and distribution



**Notes:**

✓ Valor Group LTD will be rebranded Burnham & Co.

✓ Burnham US will revenue share with Burnham & Co. through an operating agreement

✓ Independent boards will be established

✓ Work to be completed on delineating regulatory, tax and accounting issues

**Footnotes:**
[1] Devon Archer, Chairman of Burnham & Co.
[2] Hunter Biden, Vice-Chairman of Burnham & Co
[3] Jason Sugarman, CEO of Burnham & Co
[4] Jon Burnham, Chairman and Co-CEO of Burnham Financial Group and BAM
[5] Andrew Godfrey, President and Co-CEO of BFG and BAM

Burnham & Co.

FOIA Confidential Treatment Requested



## CONTENTS

 **9**    Review of Progress Since Our Last Meeting

 **13**    Growth Strategy

 **20**    Partnership with Harvest

FOIA Confidential Treatment Requested

MS-USAO-0004561

Review of Progress Since Our Last Meeting

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004562

# Extended Leadership Team

Directed by seasoned executives with a broad range of experiences in financial services

## Executive Management Team



**Devon Archer**
Chairman, Burnham & Co. Mr. Archer is also a Managing Partner of Rosemont Group, a $2.4 billion private equity firm. Co-founding shareholder of COR Fund Advisors, the lead investor in Burnham Financial Group. Mr. Archer earned his Bachelor of Arts from Yale University.



**Hunter Biden**
Vice-Chairman, Burnham & Co. Mr. Biden is the CEO of Burnham Advisors a Washington DC Advisory firm that was acquired by Burnham Financial in 2014. Mr. Biden received a Bachelor's degree from Georgetown University and a Juris Doctor from Yale Law School.



**Jason Sugarman**
Chief Executive Officer, Burnham & Co. Mr. Sugarman is a founding partner of Wealth Assurance which recently merged and rebranded to ValorLife. Mr. Sugarman is a graduate and Scholar Athlete from Stanford University (BA, Economics).

## Selected Business Unit Leaders

**David Ezekiel** – Chairman & President, VL Assurance (Bermuda) Limited, Chairman Marsh, Bermuda

**Rory Knight** – Chairman, Valor Group, former Dean of Oxford Business School

**Louis Zuckerbraun** – CEO, VL Assurance (Bermuda) Limited

**Andrew Godfrey** – President & Co-CEO, Burnham Financial Group and Burnham Asset Management

**Devin Wicker** – Founder & CEO, Bonwick Capital, former Goldman Sachs

**Stefan Zellmer** – Head of Burnham Alternatives, Head of research at UBP and Arden Asset Management

**Jon Burnham** – Chairman & Co-CEO, Burnham Financial Group and Burnham Asset Management

**Charles Soulignac** – Founder & CEO, Fondinvest, formerly Caisse des Depots (CDC)

**Michelle Morton** – CEO, Atlantic Asset Management

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004563

# Expanded Platform

We have dramatically expanded the platform over the past 9 months

**November 2014**

$1.5B Assets Under Management
$1B Balance Sheet Assets
$29.6M Deployed Capital
2 Regulatory Jurisdictions
Clients in 5 Countries

**Today**

$17.3B Assets Under Management
$5.4B Balance Sheet Assets
$83M Deployed Capital
5 Regulatory Jurisdictions
Clients in 12 Countries

Capital Raised at $6/share

Capital Raised at $6/share

Capital Raised at $25/share

**May 2013**
Wealth Assurance Holdings Ltd established

**June 2013**
Acquired Burnham Asset Management (pending approval)

**November 2013**
IPO

**December 2013**
Acquired Wealth-Assurance AG

**December 2013**
Acquired 90% of Burnham Securities, Inc. (pending approval)

**August 2014**
Acquired Hughes Capital Management

**November 2014**
Acquired ValorLife Life Insurance AG

**December 2014**
VL Assurance Barbados Incorporated

**March 2015**
Burnham Asset Management Approved

**April 2015**
Acquired RSP/RSA, Atlantic Asset Management, Bermuda International/ VL Assurance Ltd

**May 2015**
Acquired Bonwick Capital & Fondinvest

Burnham & Co.

MS-USAO-0004564

FOIA Confidential Treatment Requested

# Established New Locations

## Burnham Headquarters



## Valor Group LTD Headquarters







1. New York
2. Los Angeles
3. Vaduz, Liechtenstein
4. Paris
5. Dublin
6. Bermuda

FOIA Confidential Treatment Requested



Growth Strategy

Burnham & Co.

FOIA Confidential Treatment Requested



# Favorable Market Conditions

Traditional rules are changing and barriers to entry for new businesses to service specific investors and issuers are lowered

## Technology
- Improving analytics for decision-making
- Increasing choices for investors and issuers
- Raising costs for competitors

## Regulators
- Higher capital requirements
- Large penalties on major players
- Higher compliance requirements
- Higher taxes and tax reporting requirements
- Greater transparency overall

## Investors
- Sovereign wealth and pension funds with larger role in capital markets
- HNW and sovereign wealth funds with high growth trajectories
- Huge intergenerational transfer of wealth imminent
- Urgency to improve returns with lower volatility
- Taxable investors exposed to higher tax rates and greater reporting burdens
- Seeking advice to solve specific problems

## Market Opportunity

## Issuers
- Sizable infrastructure needs in developed countries, and growing needs in developing countries
- Local and federal governments burdened by social costs
- Smaller and mid-sized companies lacking access to credit
- Private equity seeking new places to invest
- Short-term uncertainty about impact of Fed raising rates
- Tax increases could impair ability to raise capital

## Competitors
- RoE significantly impaired since global financial crisis
- Reducing balance sheets, costs, eliminating products and businesses
- Spread businesses impeded by historically low interest rates
- Regulatory burdens raising costs of doing business

**BURNHAM**

MS-USAO-0004567

FOIA Confidential Treatment Requested





# Enhancing Business Lines

Use increased size and prospects to attract new talent, and to improve performance through sharing of relationships and capital access in the short-term to improve financial results

## Attracting Specialized Talent
✓ Senior leadership team
✓ New insurance sales teams
✓ Private equity team
✓ Experienced municipal finance team
✓ Equity desk
✓ Hedge funds of funds
✓ Emerging manager fund
✓ Insurance expertise in Europe and Caribbean
✓ Pursuing specialty derivatives team

## Leveraging Relationships
✓ Washington DC access
✓ Sovereign wealth funds
✓ Corporate and institutional contacts
✓ US government agencies
✓ Asset back securities agent
✓ Deep municipal and tribal government relationships
✓ Minority driven investment opportunities



## Improving Capital Structure
✓ June 2015 capital increases of $11 million
✓ Access to capital from insurance businesses
✓ Launching permanent capital vehicles
✓ Enabling operating companies to pursue larger clients & deals

# Driving Long-Term Growth



Four-pronged strategy to drive growth over the long-term led by distribution and driven by client relationships

**BURNHAM**

## Distribution
- Deepen and build relationships in each segment:
  - HNW
  - Pension funds
  - Sovereign wealth funds
  - Small and mid-sized enterprises
- Leverage status in US with minority-owned businesses

## Advisory Services
- Establish role as "trusted advisor"
- Analytical and administrative services to financial advisors and investment consultants
- New forms of research for buy side clients
- Focus on SMEs in specific segments

## Banking
- Develop select capabilities and expertise
- Financing activities:
  - Capital raising for municipalities and SMBs
  - Asset disposals
  - Specialized financing, e.g. commissions for brokers
- Capital markets
  - Low-cost execution services for hedge funds

## Asset Management
- Develop specialties and boutiques
- Niches in fixed income and US equities
- Specialized alternative funds
  - Private equity in Europe for SMBs
  - Emerging managers
  - Real estate in select markets

REACH · Trusted Advisor · Industry Relationships · Distribution Relationships · Quality Talent · Lower Cost of Capital · Issuers · Investors · SOLUTIONS

FOIA Confidential Treatment Requested



# Insurance – Gross Written Premiums

Expectation that GWP return to historical levels due to several catalysts

## GWP Forecast & Actuals $M



**Catalysts**

- Strong pipeline in 2015-16 for Valor Group LTD:
  - Resumption of business with large distributor
  - Hired Lombard sales team
  - 3 new distributors
  - Italian tax amnesty
- Growth in future years to be achieved through:
  - Territorial expansion
  - Addition of other distributors
  - Expanded array of offerings available to policyholders
  - Continued growth of wealth market, especially UHNW
  - Wealth transfer between generations

**History**

- Original tax amnesty in Italy in 2010 and 2011 provided one-time lift
- Subsequent declines driven by pending sale of business and regulatory restrictions on new sales

Burnham & Co.

MS-USAO-0004570

FOIA Confidential Treatment Requested



# Fee Revenue Projections

High revenue and margin growth expected



**Fee Revenue & Profit/(Loss): Act & Forecast $K USD**

| CAGR | |
|---|---|
| Revenue: | 26% |
| Expense: | 16% |
| P&(L): | 20% |

Profit (Loss) values on line: $10,920 (2013); $6,327 (2014); $12,240 (2015); $16,685 (2016); $23,706 (2017); $27,207 (2018)

Fee Revenue bars: $36,947 (2013); $57,924 (2014); $72,416 (2015); $81,593 (2016); $103,627 (2017); $119,500 (2018)

**Share of Fee Revenue by LOB**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Asset Management | 18% | 27% | 28% | 29% | 27% | 27% |
| Investment Banking | 0% | 8% | 12% | 12% | 20% | 20% |
| Insurance | 82% | 66% | 60% | 59% | 53% | 53% |

**Profit Margin % by LOB**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Asset Management | 6% | 1% | 20% | 31% | 34% | 34% |
| Investment Banking | - | -7% | 17% | 20% | 20% | 20% |
| Insurance | 35% | 17% | 20% | 21% | 22% | 24% |
| Total | 30% | 11% | 17% | 20% | 23% | 23% |

## Catalysts

- Includes all entities in insurance, AM, banking
- Fees and commissions growth in insurance in line with GWP growth (previous slide)
- Pipelines for AM and banking
  - AM through expanded distribution for mutual funds
  - Banking in muni finance and capital raising, EQ trading
  - Cross-selling of AM through insurance channels
  - Greater leverage of minority ownership in US
- Margin improvements
  - Achieving scale
  - Shift to higher margin products, e.g. alternatives
- New accretive acquisitions

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004571

# Acquiring Additional Businesses

Opportunities still available to acquire undervalued businesses to enhance client reach and product scope that complement the existing foundation



**Client Reach**
- Direct and indirect channels
- Geographic expansion in
  - Europe
  - Offshore
- More options for HNW

- U.S. expansion in HNW

- Embellish presence in offshore centers
- Broaden base in Europe and Caribbean



**Product Scope**
- More options for HNW and advisors
- Reinsurance
- Additional sources of funds and patient capital

- Event driven strategies
- Tactical asset allocation

- Add deposit taking services
- Additional source of liquidity and longer-term capital
- Ability to pre-fund incentives for 3rd party distributors

Insurance
- Kaupthing
- Project Alps
- Vienna Life
- ENNIA
- IWI
- New Olympia Re LTD

Asset Management
- Taurus AM
- Carret AM
- Tiburon Capital Mgmt

Banking
- RBC Bank (Seller)
- Banco di Caribe
- IIG Bank (Malta) LTD
- Giro Bank

Early Stage → Mid Stage → Late Stage

Europe | Caribbean | United States

Burnham & Co.

MS-USAO-0004572

FOIA Confidential Treatment Requested

# Partnership with Harvest

Burnham & Co.

FOIA Confidential Treatment Requested

# Partnership with Harvest

Develop new businesses to exploit the increased flows of capital between the two largest capital markets


嘉實國際資產管理
Harvest Global Investments

**BURNHAM**

| | |
|---|---|
| Leverage global relationships | **RELATIONSHIPS** → Build new relationships in China |
| Capital raising in the United States | **ACCESS** → Expand participation in the privatization of SOEs and other capital raising activities |
| Investment at a discount to 'Fair Value' | **CAPITAL** → Working capital to accelerate growth |

**BURNHAM**

# Market Access and Working Capital

Each partner offers complementary relationships, distribution channels and product capabilities



嘉實國際資產管理
Harvest Global Investments

1. Capital flows from Chinese investors to US and Europe
2. Capital raising for Chinese companies outside of China
3. Capital flows from US and European investors into China

The Harvest investment would provide working capital to expand the Burnham & Co. platform and resources
- Fortify US and European distribution
- Hire and develop resources for extension of banking activities

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004575

# Investment Vehicle

## Investment in Burnham & Co.

- BSX (Bermuda) listed entity
- Class B shares (ticker: WAH)
- Standalone investment; no additional capital calls
- Authorized by regulators, as needed
- Marketing agreement between Harvest and Burnham
- Operating agreement with Burnham US

Burnham & Co.

FOIA Confidential Treatment Requested



Thank you for your time and consideration

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004577

# Consolidated Financials:
## Fee Revenue, Expense, Profit $K

Percent Ownership Accounted for



BURNHAM

MS-USAO-0004578

Burnham & Co.

FOIA Confidential Treatment Requested

# Consolidated Financials:
## Fee Revenues – Actual & Forecasted $K

Percent Ownership Accounted for

### Fee Revenues

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | CAGR | |
|---|---|---|---|---|---|---|---|---|
| **Asset Management F&C Revenue** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | CAGR | |
| Burnham Asset Management | $0 | $5,533 | $6,661 | $8,640 | $10,917 | $13,535 | 25% | 14 - 18 |
| FondInvest Capital | $6,697 | $4,655 | $5,553 | $5,585 | $5,978 | $5,651 | -3% | 13 - 18 |
| Atlantic Asset Management | $0 | $5,204 | $8,062 | $9,720 | $11,239 | $13,497 | 27% | 14 - 18 |
| **Total Asset Management F&C Revenue** | $6,697 | $15,392 | $20,276 | $23,946 | $28,134 | $32,683 | 37% | 13 - 18 |
| **Investment Banking F&C Revenue** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| Burnham Securities Inc. | $0 | $1,041 | $1,939 | $2,230 | $9,617 | $11,060 | 81% | 14 - 18 |
| Bonwick Capital Partners | $0 | $1,820 | $5,354 | $7,586 | $10,871 | $12,501 | 62% | 14 - 18 |
| RSP / RSA | $0 | $1,501 | $1,543 | | | | | |
| **Total Investment Banking F&C Revenue** | $0 | $4,362 | $8,836 | $9,816 | $20,488 | $23,561 | 52% | 14 - 18 |
| **Insurance F&C Revenue** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| Valorlife | $23,210 | $20,004 | $30,504 | $33,110 | $38,077 | $43,788 | 14% | 13 - 18 |
| Wealth Assurance AG | $9,167 | $6,409 | | | | | | |
| BIISL | ($2,127) | $11,757 | $12,801 | $14,721 | $16,929 | $19,468 | 13% | 14 - 18 |
| **Total Insurance F&C Revenue** | $30,251 | $38,170 | $43,304 | $47,831 | $55,006 | $63,257 | 16% | 13 - 18 |
| **Total F&C Revenue** | $36,947 | $57,924 | $72,416 | $81,593 | $103,627 | $119,500 | 26% | 13 - 18 |

### Share of F&C Revenue by LOB

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Asset Management | 18% | 27% | 28% | 29% | 27% | 27% |
| Investment Banking | 0% | 8% | 12% | 12% | 20% | 20% |
| Insurance | 82% | 66% | 60% | 59% | 53% | 53% |

BURNHAM

FOIA Confidential Treatment Requested

MS-USAO-0004579

# Consolidated Financials: Expenses - Actual & Forecasted $K

Percent Ownership Accounted for

## Expense

| Asset Management Expenses | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | CAGR | |
|---|---|---|---|---|---|---|---|---|
| Burnham Asset Management | $0 | $6,002 | $7,182 | $6,912 | $8,734 | $10,828 | 16% | 14-18 |
| FondInvest Capital | $6,299 | $3,432 | $3,470 | $3,454 | $3,594 | $3,636 | -10% | 13-18 |
| Atlantic Asset Management | $0 | $5,848 | $5,545 | $6,100 | $6,381 | $7,018 | 5% | 14-18 |
| Total Asset Management Expenses | $6,299 | $15,282 | $16,197 | $16,466 | $18,708 | $21,482 | 28% | 13-18 |

| Investment Banking Expenses | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
|---|---|---|---|---|---|---|---|---|
| Burnham Securities Inc. | $0 | $1,557 | $1,858 | $1,784 | $7,694 | $8,848 | 54% | 14-18 |
| Bonwick Capital Partners | $0 | $1,899 | $4,283 | $6,069 | $8,697 | $10,001 | 51% | 14-18 |
| RSP / RSA | $0 | $1,216 | $1,216 | | | | | |
| Total Investment Banking Expenses | $0 | $4,672 | $7,357 | $7,853 | $16,390 | $18,849 | 42% | 14-18 |

| Insurance Expenses | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
|---|---|---|---|---|---|---|---|---|
| Valorlife | $14,916 | $11,630 | $22,746 | $24,543 | $27,294 | $30,318 | 15% | 13-18 |
| Wealth Assurance AG | $8,114 | $7,577 | | | | | | |
| BIISL | ($3,302) | $12,436 | $11,720 | $13,478 | $15,499 | $17,824 | 9% | 14-18 |
| Total Insurance Expenses | $19,729 | $31,643 | $34,465 | $36,119 | $40,653 | $48,142 | 11% | 14-18 |
| **Total Expenses** | **$26,027** | **$51,597** | **$60,176** | **$64,908** | **$79,921** | **$97,293** | **15%** | **14-18** |

### Share of Expenses by LOB[1]

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Asset Management | 24% | 30% | 27% | 25% | 23% | 23% |
| Investment Banking | 0% | 9% | 12% | 12% | 21% | 20% |
| Insurance | 76% | 61% | 57% | 56% | 51% | 52% |

[1] Totals may not equal 100% in '15-'18 as corporate governance and staffing expenses are included. This will roll under Burnham & Co.

BURNHAM

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004580

# Consolidated Financials:
# Profit Before Tax - Actual & Forecasted $K

Percent Ownership Accounted for

Profit / (Loss)

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | CAGR | |
|---|---|---|---|---|---|---|---|---|
| **Asset Management Profit / (Loss)** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| Burnham Asset Management | $0 | ($469) | ($521) | $1,728 | $2,183 | $2,707 | 25% | 16 - 18 |
| FondInvest Capital | $398 | $1,223 | $2,083 | $2,132 | $2,384 | $2,014 | 38% | 13 - 18 |
| Atlantic Asset Management | $0 | ($644) | $2,517 | $3,621 | $4,858 | $6,479 | 37% | 15 - 18 |
| **Total BAM Profit /(Loss)** | $398 | $111 | $4,078 | $7,480 | $9,426 | $11,200 | 95% | 13 - 18 |
| **Investment Banking Profit / (Loss)** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| Burnham Securities Inc. | $0 | ($517) | $82 | $446 | $1,923 | $2,212 | 200% | 15 - 18 |
| Bonwick Capital Partners | $0 | ($79) | $1,071 | $1,517 | $2,174 | $2,500 | 33% | 15 - 18 |
| RSP / RSA | $0 | $285 | $327 | | | | | |
| **Total IB Profit / (Loss)** | $0 | ($311) | $1,479 | $1,963 | $4,098 | $4,712 | 47% | 14 - 18 |
| **Insurance Profit / (Loss)** | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| Valorlife | $8,294 | $8,375 | $7,758 | $8,568 | $10,783 | $13,471 | 10% | 13 - 18 |
| Wealth Assurance AG | $1,053 | ($1,168) | | | | | | |
| BIISL | $1,175 | ($679) | $1,081 | $1,243 | $1,430 | $1,644 | 7% | 13 - 18 |
| **Total Insurance Profit / (Loss)** | $10,522 | $6,527 | $8,839 | $9,811 | $12,213 | $15,115 | 8% | 13 - 18 |
| **Net Profit (Loss)** | $10,920 | $6,327 | $12,240 | $16,685 | $23,706 | $27,207 | 20% | 13 - 18 |

| Share of Yearly Net Profit Before Tax by LOB | | | | | | |
|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Asset Management | 4% | 2% | 33% | 45% | 40% | 41% |
| Investment Banking | 0% | -5% | 12% | 12% | 17% | 17% |
| Insurance | 96% | 103% | 72% | 59% | 52% | 56% |

* Yearly percent totals may exceed 100% due to Burnham & Co. staffing & governance charges.

FOIA Confidential Treatment Requested

MS-USAO-0004581

# Atlantic Asset Management Fund Performance

 BURNHAM

## Atlantic Asset Management, L.L.C.

| Product Name | VT | RM | Returns YTD as of 3/15 | Rank | Returns 1 Year as of 3/15 | Rank | Returns 3 Years as of 3/15 | Rank | Returns 5 Years as of 3/15 | Rank | Returns 7 Years as of 3/15 | Rank | Returns 10 Years as of 3/15 | Rank | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enhanced Cash | SA | Gross | 0.09 | 90 | 0.96 | 28 | 1.21 | 24 | 1.98 | 14 | 2.47 | 8 | | 3 | Input |
| Income Strategy | SA | Gross | 2.96 | 10 | 3.20 | 14 | 7.59 | 14 | 8.82 | 7 | 8.91 | 8 | 7.40 | 15 | Input |
| Atlantic Long Duration | SA | Gross | 2.72 | 91 | 12.70 | 86 | 8.08 | 68 | 10.07 | 79 | 10.29 | 42 | 8.29 | 45 | Input |
| Short Duration | SA | Gross | 0.10 | 98 | 0.93 | 92 | 1.09 | 76 | 1.70 | 67 | 2.35 | 66 | 3.05 | 75 | Input |
| Atlantic Broad Market Total Return | SA | Gross | 1.97 | 36 | 5.56 | 35 | 4.32 | 65 | 5.90 | 49 | 5.96 | 63 | --- | --- | Input |
| Atlantic Core Fixed Income | SA | Gross | 1.95 | 23 | 5.94 | 39 | 4.15 | 26 | 5.37 | 28 | 5.38 | 52 | 5.35 | 56 | Input |
| Atlantic Enhanced Core | SA | Gross | 1.96 | 21 | 5.94 | 39 | 4.27 | 21 | 5.78 | 14 | 5.81 | 26 | 5.59 | 34 | Input |
| Atlantic Government/Corporate | SA | Gross | 1.77 | 46 | 5.42 | 67 | 3.86 | 40 | 5.31 | 31 | 5.59 | 38 | 5.53 | 39 | Input |
| Enhanced Stock Indexing | SA | Gross | 0.82 | 78 | 13.04 | 67 | 17.37 | 37 | 16.40 | 7 | 10.62 | 9 | 9.04 | 20 | Input |
| Global Yield Opportunity Fund | CF | Net | 0.80 | 65 | 5.61 | 74 | --- | --- | --- | --- | --- | --- | --- | --- | Input |

Rank is percentile based from 1 – 100 where 1 is the top and 100 is the bottom.

FOIA Confidential Treatment Requested

MS-USAO-0004582

# Fondinvest Performance: Funds VI & VIII



### Fondinvest VI

### Fondinvest VIII

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004583

# Burnham Asset Management Fund Performance

BURNHAM

## Burnham Financial Services Fund Class A

BURHX | Transaction Fee Load | See Fidelity Fund Picks for more transaction fee information



| Summary | Performance & Risk | **Ratings** | Composition | Fees and Distributions |

Add to Watch List | Compare

**Morningstar Ratings**

| | | |
|---|---|---|
| Overall | ★★★★★ | Out of 68 funds |
| 3 Yr. | ★★★★★ | Out of 68 funds |
| 5 Yr. | ★★★★ | Out of 66 funds |
| 10 Yr. | ★★★★★ | Out of 59 funds |

An overall rating for a fund is derived from a weighted average of the performance figures associated with its 3-, 5- and 10-year (if applicable) Morningstar Rating metrics. Each fund is ranked within a universe of funds with similar investment objectives. The number of funds in the Financial category tracked by Morningstar was 92 for the 3 year period and Overall Ranking, 66 for the 5 year periods, and 59 for the 10 year period. Please click on the question mark above for additional Morningstar information.

Past performance is no guarantee of future results.

**Lipper Ranking**

| | |
|---|---|
| 3 Yr. | #60 out of 60 funds |
| 5 Yr. | #50 out of 57 funds |
| 10 Yr. | #2 out of 48 funds |

The fund is ranked based on total return. Each fund is ranked within a universe of funds with similar investment objectives. Rankings include the reinvestment of dividends and capital gains but exclude the effect of a fund's sales load, if applicable. Lipper Inc. is a nationally recognized organization that ranks the performance of mutual funds.

Past performance is no guarantee of future results.

## Burnham Financial Long/Short Fund Class A

BURFX | Transaction Fee Load | See Fidelity Fund Picks for more transaction fee information

| Summary | Performance & Risk | **Ratings** | Composition | Fees and Distributions |

Add to Watch List | Compare

Make All Trade

**Morningstar Ratings**

| | | |
|---|---|---|
| Overall | ★★★★ | Out of 175 funds |
| 3 Yr. | ★★★★★ | Out of 175 funds |
| 5 Yr. | ★★★★ | Out of 99 funds |
| 10 Yr. | ★★★★ | Out of 33 funds |

An overall rating for a fund is derived from a weighted average of the performance figures associated with its 3-, 5- and 10-year (if applicable) Morningstar Rating metrics. Each fund is ranked within a universe of funds with similar investment objectives. The number of funds in the Long/Short category tracked by Morningstar was 175 for the 3 year period and Overall Ranking, 99 for the 5 year period and 33 for the 10 year period. Please click on the question mark above for additional Morningstar information.

Past performance is no guarantee of future results.

**Lipper Ranking**

| | |
|---|---|
| 3 Yr. | #6 out of 332 funds |
| 5 Yr. | #46 out of 115 funds |
| 10 Yr. | #3 out of 33 funds |

The fund is ranked based on total return. Each fund is ranked within a universe of funds with similar investment objectives. Rankings include the reinvestment of dividends and capital gains but exclude the effect of a fund's sales load, if applicable. Lipper Inc. is a nationally recognized organization that ranks the performance of mutual funds.

Past performance is no guarantee of future results.

## Burnham Fund Class A

BURHX | Transaction Fee Load | See Fidelity Fund Picks for more transaction fee information

| Summary | Performance & Risk | **Ratings** | Composition | Fees and Distributions |

Add to Watch List | Compare

View All Tabs

**Morningstar Ratings**

| | | |
|---|---|---|
| Overall | ★★★★★ | Out of 1,233 funds |
| 3 Yr. | ★★★★★ | Out of 1,233 funds |
| 5 Yr. | ★★★★★ | Out of 1,347 funds |
| 10 Yr. | ★★★★★ | Out of 968 funds |

An overall rating for a fund is derived from a weighted average of the performance figures associated with its 3-, 5- and 10-year (if applicable) Morningstar Rating metrics. Each fund is ranked within a universe of funds with similar investment objectives. The number of funds in the Large Growth category tracked by Morningstar was 1233 for the 3 year period and Overall Ranking, 1347 for the 5 year periods, and 968 for the 10 year period. Please click on the question mark above for additional Morningstar information.

Past performance is no guarantee of future results.

**Lipper Ranking**

| | |
|---|---|
| 3 Yr. | #623 out of 2,369 funds |
| 5 Yr. | #978 out of 1,560 funds |
| 10 Yr. | #171 out of 798 funds |

The fund is ranked based on total return. Each fund is ranked within a universe of funds with similar investment objectives. Rankings include the reinvestment of dividends and capital gains but exclude the effect of a fund's sales load, if applicable. Lipper Inc. is a nationally recognized organization that ranks the performance of mutual funds.

Past performance is no guarantee of future results.

FOIA Confidential Treatment Requested

MS-USAO-0004584

# Acquisition Pipeline

**▲ BURNHAM**

| Company | Core Business | Transaction | Assets (Local ccy millions) | Location | Rationale |
|---|---|---|---|---|---|
| Project Alps | Unit-linked and UL insurance | Carve-out from large bank | USD 6,000 | - | Access to huge distributor |
| Vienna Life | PPLI and unit-linked life insurance | Sale of line of business | USD 2,000 | Liechtenstein | Enhances dominant position in offshore insurance market in Liechtenstein |
| IWI | HNW intl/domestic life insurance | Sale of line of business | EUR 3,144 | Luxembourg | Provides significant position in offshore insurance market in Luxembourg |
| Kaupthing Life and Pension | Unit-linked and UL insurance | Sale of line of business | USD 7 | Luxembourg | Short cut to regulatory approval Tuck-in to IWI in Lux ultimately |
| ENNIA | General life and health insurance | Sale of business | ANG 1,309 | Curacao | Expands jurisdictions for offshore insurance |
| New Olympia Re Ltd | P&C Reinsurance | Recapitalization | USD 38 | Bermuda | Expansion into P&C Reinsurance |
| Giro Bank | Consumer / Commercial Bank | Sale of business | TBD | Malta | Basis for establishing offshore banking with acc... |
| IIG Bank Ltd | Consumer / Commercial Bank | Sale of business | USD 153,000 | Malta | Adds scale to Giro Bank Same seller as Giro Bank |
| RBC Bank | Consumer / Commercial Bank | Sale of line of business | ANG 3,188 | Curacao | Access to offshore banking services in Caribbean |
| Banco di Caribe | Consumer / Commercial Bank | Sale of business | ANG 1,655 | Curacao | Adds scale to offshore banking services and drives consolidation in local market |
| Tiburon Capital Management | Asset Manager | Sale of business | USD 50 | New York | Additional assets and strategies |
| Taurus Asset Management | Asset Manager | Sale of business | USD 800 | New York | Additional assets and strategies |
| Carret Asset Management | Asset Manager | Sale of business | USD 1,000 | New York | Additional assets and strategies |

FOIA Confidential Treatment Requested

# PPLI Fees & Commissions

Illustrative example: CHF1,000,000 contract with CHF995,000 stable policy value



Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004586



# ValorLife Client
# Domiciles by Value



**Core markets = 84%**

Italy 58%

Germany 20%

Others* 16%

United Kingdom 2%

Sweden 4%

As of 30 June 2013

*Others include: United States (5%), Switzerland (2%), Belgium, Panama, Austria, & New Zealand (1% each)

Burnham & Co.

FOIA Confidential Treatment Requested

MS-USAO-0004587

Devon D. Archer
646 436 3745

MS-USAO-0004588