# EXHIBIT 22

Test Series 24

GOVERNMENT
EXHIBIT
1025
16 Cr. 371 (RA)

# National Association of Securities Dealers, Inc.

## GENERAL SECURITIES PRINCIPAL
## QUALIFICATION EXAMINATION
### (TEST SERIES 24)

# STUDY OUTLINE

Copyright © 1993
National Association of Securities Dealers, Inc.
9513 Key West Avenue, Rockville, MD 20850

# STUDY OUTLINE

# NATIONAL ASSOCIATION OF SECURITIES DEALERS. INC.
## GENERAL SECURITIES PRINCIPAL
## QUALIFICATION EXAMINATION

The NASD General Securities Principal Qualification Examination (Test Series 24) is designed to test a candidate's knowledge of the rules and statutory provisions applicable to the management of a general securities broker/dealer. This study outline has been prepared to assist member firms in preparing candidates to sit for the examination. The outline is designed for use by course developers in the preparation of training material, for training directors in the development of lecture notes and seminar programs and for use by candidates themselves, both to structure their study and as a final review checklist prior to sitting for the examination. The General Securities Principal Qualification Examination and this study outline are composed of five general areas of supervision, which are listed below with the approximate percentage point value assigned to each area.

| General Area | Percentage Point Value |
|---|---|
| 1.0 Supervision of Investment Banking Activities | 20% |
| 2.0 Supervision of Trading and Market-Making Activities | 20% |
| 3.0 Supervision of Brokerage Office Operations | 22% |
| 4.0 Sales Supervision. General Supervision of Employees: Regulatory Framework of NASD | 26% |
| 5.0 Compliance With Financial Responsibility Rules | 12% |

Detail on the content of each of these general areas of supervision is included in the test of the study outline which follows

## Structure of the Examination and Grading Procedures

The General Securities Principal Qualification Examination is composed of 125 multiple-choice questions covering all of the material in the following outline in accordance with the subject matter distribution shown above. A maximum of three hours testing time is allowed for candidates to complete the examination. The examination is graded on a 125 point system. Each multiple choice question is worth one

point. No credit is given for incorrect answers to these questions. The passing grade is equal to 70% of the total number of questions on the examination. Candidates will be required, therefore, to answer correctly 88 of the 125 questions on the General Securities Principal Qualification Examination in order to receive a passing grade. The results will identify the percentage performance of the candidate in each of the five general areas of the examination.

The examination is a closed book test and candidates will not be permitted to use any reference material during their testing session. Scratch paper will be provided to a candidate by the test administrator, but must be returned to the administrator at the end of the testing session. Electronic calculators may be used provided such devices have an independent power source, operate silently, no print mechanisms, and no alphabetical keys or programmable memory.

Questions used in the examination will be updated to reflect the most current interpretations of the rules and regulations on which they are based. Questions on new rules will be added to the pool of questions for this examination within a reasonable time period after their effective dates. Questions on rescinded rules will be promptly deleted from the pool of questions.

Below is a list of reference materials that may be used as a source-material starting point for course developers in preparing training programs. Much of the reference material overlaps topics covered in other references. It is, therefore, not necessary, to obtain each reference listed. In addition, non-member commercial training vendors offer packaged study courses specifically designed for this registration category. These vendors are often listed in local yellow page directories and advertise in securities industry periodicals.

Copies of this outline and registration applications may be obtained from NASD MediaSource or any of the NASD District Offices.

NASD MediaSource[R]
9513 Key West Avenue
Rockville, MD 20850
(301) 590-6578

Throughout the outline. New York Stock Exchange rules have been cross-referenced to the appropriate NASD and SEC rules. In instances where the rules differ. explanatory notes highlight the requirements of

each rule. The Exchange rules listed in Section 2.2 will be tested. However. the rules referenced in other parts of the outline are provided for information purposes only. Test questions on the examination will be asked in terms of NASD or SEC rules.

At the end of this outline there are five sample questions written in the various formats used in the Series 24 test questions. These samples do not reflect the difficulty level of the test questions or the subject matter distribution of the test itself. Their use is to familiarize candidates with the types of multiple choice question formats used in the Series 24.

## Reference Materials

*Appeal Securities Act Handbook*
Appeal Printing Company
130 Cedar Street
New York, NY

*Code of Federal Regulations*
Title 17—Commodity and Securities Exchanges
Superintendent of Documents
U.S. Government Printing Office
Washington, DC  20402

*Federal Securities Law Reporter*
Volumes 2 and 3
Commerce Clearing House. Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*National Association of Securities Dealers, Inc. Manual*
Commerce Clearing House. Inc.

4025 West Peterson Avenue
Chicago, IL 60646

*New York Stock Exchange, Inc. Manual*
Commerce Clearing House. Inc.
4025 West Peterson Avenue
Chicago, IL 60646

*Regulation of Brokers. Dealers and Securities Markets*
N. Wolfson. R.M. Phillips. and T.A. Russo
Warren Gorham & Lamont Inc.
210 South Street
Boston, MA 02111

*Securities Credit Transactions*
*Regulations X, G, T and U*
Board of Governors of the Federal Reserve System
Constitution Avenue at 20th Street, NW
Washington, DC

*Securities Law Handbook*
Harold Bloomenthal
Clark Boardman Callahan
375 Hudson Street
New York, NY 10014

*Securities Regulation*
Volume 2
Prentice-Hall. Inc.
Englewood Cliffs, NY 07632

# 1.0
# SUPERVISION OF INVESTMENT BANKING ACTIVITIES

1.1    **New Issue Market**

1.1.1    **Underwriting Corporate Securities (negotiated)**

1.1.1.1    Types of offerings
     Primary
     Secondary

1.1.1.2    Investigation of financing proposals
     Preliminary study
     Letter of intent
     General examination
       Industry data
       Operational data
       Management and employee relations
       Financial data
       Research, product development and expansion
     Legal examination

1.1.1.3    Formation of the underwriting syndicate
     Role of syndicate manager
     Agreement among underwriters
     Due diligence meeting
     Blue skying the issue

1.1.1.4    Types of underwriting commitments
     Firm commitment
       Competitive bid or negotiated
     Stand-by commitment
     All or none
     Best efforts
     Mini-Max
     Market-out clauses

1.1.1.5    Pricing of the issue
     Determined on effective date of registration
     Indication of interest (underwriter's book)
     Factors affecting price of issue
     Consequences of sticky offerings

1.1.1.6    Underwriters compensation
     Components of underwriters spread
     Forms of compensation
     Stand-by commitments

1.1.1.7    Formation of the selling group
     Handled by managing underwriter
     Selling group agreement
     Liabilities of selling group members vs. underwriters' liabilities

1.1.1.8    Stabilization

1.1.1.9    Syndicate penalty bid
     Purpose
     Denial of spread or concession on transaction
     Penalty fees

1.1.1.10    Hot issues and overallotment
     Limitations on overselling
     Pro-rata distribution of managing underwriter's short position losses among co-underwriters

1.1.1.11    The public offering
     Preliminary prospectus
     Tombstone advertisements
     Indications of interest
     Final or statutory prospectus
     Opening and closing the books

1.1.1.12    Shelf distributions
     Issuers may register to sell limited amounts of securities on a delayed basis for up to two years
     Allows issuers and investment bankers the flexibility of matching financing needs to market conditions

1.1.1.13    Venture capital

1.1.1.14    Mergers and acquisitions
     Risk arbitrage
     Leveraged buy-outs

1.1.1.15    Initial public offerings

1.2    **Securities Act of 1933 and SEC Rules Thereunder**

1.2.1    **Section 2—Definitions under the Act**

1.2.1.1    Distribution of information during an underwriting
     Rule 134—Communications not deemed a prospectus
     Rule 137—Definition of "offers", "participates", or "participation" in Section 2(11) in relation to certain publications by persons independent of participants in a distribution
     Rule 138—Definition of "offer for sale" and "offer to sell" in Sections 2(10) and 5(c) in relation to certain publications
     Rule 144—Persons deemed not to be engaged in a distribution and therefore not underwriters
       Definitions
       Conditions to be met
       Current public information
       Holding period for restricted securities
       Limitation on amount of securities sold
       Manner of sale
       Brokers' transactions
       Notice of proposed sale
       Bona fide intention to sell
       Non-exclusive rule
       Termination of certain restrictions on sale of restricted securities by persons other than affiliates
     Rule 145—Reclassification of securities, mergers, consolidations and acquisitions of assets
       Transactions within the rule
       Communications not deemed a "prospectus" or "offer to sell"
       Persons and parties deemed to be underwriters
       Resale provisions for persons and parties deemed to be underwriters
       Definition of "person"
       Form S-4 requirement

1.2.2    **Section 3—Exempted Securities**

1.2.2.1    Rule 147—"Part of an issue", "person

resident" and "doing business within" for
purposes of Section 3(a)(11)
   Transactions covered
   Part of an issue
   Nature of the issuer
   Offerees and purchasers, person resident
   Limitation of resales
   Precautions against interstate offers
   and sales

1.2.2.2   Regulation A—General exemptions
   Rule 251—Definition of terms
   Rule 254—Amount of securities
   exempted
   Rule 256—Filing and use of the
   offering circular
   Rule 258—Sales material to be filed

1.2.3    **Section 4—Exempted Transactions**

1.2.3.1   Transactions by any person other than an
issuer, underwriter or dealer

1.2.3.2   Transactions by an issuer not involving
any public offering

1.2.3.3   Transactions by a dealer

1.2.3.4   Broker's transactions

1.2.3.5   Regulation D—Rules governing the
limited offer and sale of securities without
registration under the Securities Act of 1933

1.2.3.5.1   Rule 501—Definitions and terms used
in Regulation D
   Accredited investor
   Affiliate
   Aggregate offering price
   Business combination
   Calculation of number of purchasers
   Executive officer
   Purchaser representative

1.2.3.5.2   Rule 502—General conditions to be met
   Integration
   Information requirements
   Limitations on manner of offering
   Limitations on resale

1.2.3.5.3   Rule 503—Filing of notice of sale
   Filing Form D

1.2.3.5.4   Rule 504—Exemption for limited
offers and sales of securities not
exceeding $1,000,000
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
     Limitation on aggregate
     offering price

1.2.3.5.5   Rule 505—Exemption for limited
offers and sales of securities not
exceeding $5,000,000
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
      Limitation on aggregate
      offering price
      Limitation on number of
      purchasers
      Disqualifications

1.2.3.5.6   Rule 506—Exemption for limited
offers and sales without regard to
dollar amount of offering
   Exemption
   Conditions to be met
     General conditions
     Specific conditions
      Limitation on number of
      purchasers
      Nature of purchasers

1.2.3.6   Rule 174—Delivery of prospectus by
dealers; exemptions under Section 4(3)
of the Act

1.2.4    **Section 5—Prohibitions Relating to
Interstate Commerce and the Mails**

1.2.4.1   Rule 135—Notice of certain proposed
offerings

1.2.4.2   Rule 135A—Generic advertising

1.2.4.3   Rule 144A—Private resales of securities to
institutions

1.2.4.4   Regulation S—Rules governing offers and
sales made outside the U.S. without
registration under the Securities Act of 1933
   Rule 901—General statement
   Rule 902—Definitions
   Rule 903—Offers or sales of securities
   by the issuer, a distributor, and of their
   respective affiliates, conditions relating to
   specific securities
   Rule 904—Resales

1.2.4.5   Rule 153A—Definition of "preceded by a
prospectus" as used in Section 5(b)(2) of
the Act, in relation to certain transactions
requiring approval of security holders

1.2.5    **Section 6—Registration of Securities and
Signing of Registration Statement**

1.2.5.1   Regulation C—Registration
   Rule 415—Delayed or continuous
   offering and sale of securities (shelf
   registration)
     Form S-1 filing requirement
   Rule 427—Contents of prospectuses used
   after nine months
   Rule 430—Prospectus for use prior to
   effective date
   Rule 460—Distribution of preliminary
   prospectus

1.2.6    **Section 7—Information Required in
Registration Statement**

1.2.7    **Section 8—Taking Effect of Registration
Statements**

1.2.7.1   Amendments to registration statements prior
to and after effective date

1.2.7.2   Stop orders
   Form S-18 filing requirement

1.2.8    **Section 10—Information Required in
Prospectus**

1.2.8.1   Prospectus used more than nine months

1.2.8.2   Summary prospectus

1.2.9    **Section 11—Civil Liabilities on Account of
False Registration Statement**

1.2.10    **Section 12—Civil Liabilities Arising in Connection with Prospectuses and Communications**

1.2.11    **Section 15—Liability of Controlling Persons**

1.2.12    **Section 17—Fraudulent Interstate Transactions**

1.2.13    **Section 23—Unlawful representations**

1.3    **Securities Exchange Act of 1934 and SEC Rules Thereunder**

1.3.1    **Section 10—Regulation of the Use of Manipulative and Deceptive Devices**

1.3.1.1    Section 10(b)—Use or employment of manipulative or deceptive devices

1.3.1.1.1    Rule 10b-2—Solicitation of purchases on an exchange to facilitate distribution of securities

1.3.1.1.2    Rule 10b-6—Prohibition of trading by persons interested in a distribution

1.3.1.1.3    Rule 10b-7—Stabilizing to facilitate a distribution
     Scope of rule
     Definitions
     Transactions must be necessary
     Priority must be granted
     Control of stabilizing
     Stabilizing at prices resulting from unlawful activity
     Stabilizing prohibited in offerings at the market
     Stabilizing securities traded in more than one market
     Entering stabilizing bid on an exchange prior to opening
     Stabilizing levels
     Disclosure of stabilizing
     Recordkeeping requirements
     Limitation of liability
     Exempted securities
     Exempted transactions

1.3.1.1.4    Rule 10b-8—Distribution through rights

1.3.1.1.5    Rule 10b-9—Prohibited representations in connection with certain offerings

1.3.1.1.6    Rule 10b-13—Prohibiting other purchases during tender offer or exchange offer

1.3.1.1.7    Rule 10b-18—Purchases of certain equity securities by the issuer and others

1.3.1.1.8    Rule 10b-21—Short selling in connection with a public offering

1.3.2    **Section 12—Registration Requirements for Securities**

1.3.2.1    Section 12(a)—Exchange listed securities

1.3.2.2    Section 12(g)—Registration of issuers engaged in interstate commerce

1.3.2.3    Section 12(j)—Suspension or revocation of registration

1.3.2.4    Section 12(k)—Suspension on trading

1.3.3    **Section 13—Periodical and Other Reports**

1.3.3.1    Rule 13a-11—Current reports on Form 8-K

1.3.3.2    Rule 13a-13—Quarterly reports on Form 10-Q

1.3.3.3    Rule 13d-1—Filing of Schedules 13D and 13G

1.3.3.4    Rule 13e-3—Going private transactions by certain issuers or their affiliates
     Schedule 13E-3 filing requirement

1.3.3.5    Rule 13e-4—Tender offers by issuers
     Schedule 13E-4 filing requirement

1.3.4    **Regulation E**

1.3.4.1    Rule 14e-1—Unlawful tender offer practices

1.3.4.2    Rule 14e-3—Transactions in securities on the basis of material, non-public information in the context of tender offers

1.3.4.3    Rule 14e-4—Prohibited transactions in connection with partial tender offers

1.3.5    **Section 15—Registration and Regulation of Brokers and Dealers**

1.3.5.1    Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances

1.3.5.1.1    Rule 15c1-8—Sales at the market

1.3.5.1.2    Rule 15c1-9—Use of pro forma balance sheets

1.3.5.2    Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations

1.3.5.2.1    Rule 15c2-4—Transmission or maintenance of payments received in connection with underwritings

1.3.5.2.2    Rule 15c2-8—Delivery of prospectus
     Preliminary prospectus
     Final prospectus
     Delivery to associated persons
     Delivery to other broker/dealers by managing underwriter

1.3.5.3    Section 15(d)—Reports of registrants under the Securities Act of 1933

1.3.5.3.1    Rule 15d-11—Current reports of Form 8-K

1.3.5.3.2    Rule 15d-13—Quarterly reports on Form 10-Q

1.3.5.3.3    Rule 15d-17—Reports on Form 10-C by issuers of securities quoted on the Nasdaq interdealer quotation system

1.3.6    **Section 16—Reports of Directors, Officers and Principal Stockholders**

1.3.6.1    Rule 16a-1—Filing of statement

1.3.6.1.1    Form 3—Initial statement of beneficial ownership of securities

1.3.6.1.2    Form 4—Statement of changes in beneficial ownership of securities

1.3.6.1.3    Form 10C—Filing requirements

1.3.7    **Section 17—Accounts and records, Reports, Examinations of Exchanges, Members and Others**

1.3.7.1    Section 17(a)(1)—General requirements for the maintenance of records and report filing as prescribed by SEC

1.3.7.1.1    Rule 17a-2—Recordkeeping requirements relating to stabilizing activities
     Scope of rule
     Definitions
     Records required to be maintained by manager

Notification of manager

1.4    **National Association of Securities Dealers— Regulations**

1.4.1    **Schedules to the By-Laws**

1.4.1.1    Schedule E—Distribution of securities of members and affiliates
Definitions
Participation in distribution of securities of member or affiliate
Suitability
Discretionary accounts
Sales to employees

1.4.2    **Article III—Rules of Fair Practice**

1.4.2.1    Section 1—Business conduct of members
Free-riding and withholding
Introduction
Interpretation
Scope and intent of interpretation
Sales by issuers in conversion offerings
Definitions
Conditions for exemption
Sales to members, associated persons of members and certain related persons
Sales to other restricted persons

1.4.2.2    Section 7—Disclosure of price in selling agreements

1.4.2.3    Section 8—Securities taken in trade
Definition
Compliance with requirements relating to fair market price of securities taken in trade Maintenance of records of bid and ask quotations

1.4.2.4    Section 16—Offerings "at the market"

1.4.2.5    Section 17—Solicitation of purchases on an exchange to facilitate a distribution of securities

1.4.2.6    Section 23—Net prices to persons not in investment banking or securities business

1.4.2.7    Section 24—Selling concessions
Discounts or allowances must be paid only to broker/dealer for services rendered in distribution
Definition of "bona fide research"
Required written agreements
Quarterly reports to be filed
Maintenance of records for 24 months

1.4.2.8    Section 34—Direct Participation Programs
Appendix F
Application of Appendix F
Definitions
Suitability
Disclosure
Organization and offering expenses
Participation in rollups

1.4.2.9    Section 36—Transactions with related persons

1.4.2.10    Section 44—The corporate financing rule — Underwriting terms and arrangements
Definitions
Filing requirements
Underwriting compensation and arrangements

Power of the Board of Governors

1.4.3    **Code of Procedure**

1.4.3.1    Article XII—Code of procedure for corporate financing and direct participation program matters
Purpose
Application by aggrieved member
Application for review
Notice of hearing
Hearing committee and procedure
Requirement for written determination
Review by committee of Board
Nature of determination

1.4.4    **Uniform Practice Code**

1.4.4.1    Section 66—Settlement of syndicate accounts
Definitions
Final settlement

1.4.4.2    Section 67—Settlement of underwritten public offerings

1.5    **Investment Company Act of 1940 and SEC Rules Thereunder**

1.5.1    **Section 3—Definition of Investment Company**

1.5.2    **Section 4—Classification of Investment Companies**

1.5.2.1    Unit investment trust

1.5.2.2    Management company

1.5.3    **Section 5—Subclassification of Management Companies**

1.5.3.1    Open-end company

1.5.3.2    Closed-end company

1.5.3.3    Diversified company

1.5.3.4    Non-diversified company

1.5.4    **Section 8—Registration of Investment Companies**

1.5.4.1    Section 8(b)—Filing requirements for investment companies
Form N-1A—Registration statement of open-end management investment companies

1.5.5    **Section 12—Functions and Activities of Investment Companies**

1.5.5.1    Prohibitions
Purchases on margin
Participation in joint trading accounts
Short sales

1.5.5.2    Rule 12b-1—Distribution of shares by registered open-end management investment company
Disclosure of payment for distribution of funds from assets
Statement of additional information

1.5.6    **Section 13—Changes in Investment Policy**

1.5.6.1    Majority vote of shareholders
Change of subclassification
Borrowing; issuing or underwriting securities; purchasing or selling real estate; making loans
Deviation from investment or other policy

Change in nature of business

1.5.7    **Section 15—Investment Advisory and Underwriting contracts**

1.5.7.1    Investment advisors

1.5.7.2    Underwriter

1.5.7.3    Approval by board of directors

1.5.8    **Section 16—Changes in Board of Directors; Provisions Relative to Strict Trusts**

1.5.8.1    Election by shareholders

1.5.9    **Section 19—Dividends**

1.5.9.1    Accumulated undistributed net income

1.5.9.2    Current net income

1.5.9.3    Statement disclosing source of payment
Rule 19a-1—Written statement to accompany dividend payments by management companies

1.5.9.4    Distribution of long-term capital gains
Rule 19b-1—Frequency of distribution of capital gains

1.5.10    **Section 22—Distribution, Redemption and Re-Purchase of Redeemable Securities**

1.5.10.1    Section 22(c)—Regulation of underwriters and dealers by Commission
Rule 22c-1—Pricing of redeemable securities for distribution, redemption and re-purchase

1.5.10.2    Section 22(d)—Persons to and through whom redeemable securities may be sold (offer securities at a price based on NAV)
Rule 22d-1—Exemption from Section 22(d) to permit sales of redeemable securities at prices which reflect set sales loads
Rule 22-d2—Exemption from Section 22(d) for certain registered separate accounts

1.5.10.3    Section 22(e)—Suspension of rights of redemption
Rule 22e-1—Exemption from Section 22(e) during annuity payment period of variable annuity contracts participation in certain registered separate accounts

1.5.11    **Section 30—Periodic and Other Reports; Reports of Affiliated Persons**

1.5.11.1    Rule 30a-1—Annual reports (requirement to file)

1.5.11.2    Rule 30d-1—Reports to stockholders of management companies

1.6    **Trust Indenture Act of 1939**

1.6.1    **Purpose**

1.6.2    **Necessity of trustee to safeguard the rights of investors in registered debt obligations**

1.6.3    **Identification of rights and powers of trustee**

1.6.4    **Full disclosure of information in bond indentures**

1.6.5    **Participation of trustees in the preparation of indentures**

1.7    **Uniform State Law**

1.7.1    **Definitions Under the Act**

1.7.1.1    Issuer

1.7.1.2    Security

1.7.2    **Registration of Securities**

1.7.2.1    Registration requirements

1.7.2.2    Types of securities registration

1.7.2.3    Exempt securities

1.7.2.4    Exempt transactions

# 2.0
# SUPERVISION OF TRADING AND MARKET MAKING ACTIVITIES

2.1 **OTC Markets**

2.1.1     **Overview of the market**

2.1.1.1         Nasdaq market
                Trading in non-exchange securities in
                    Non-Nasdaq OTC or Bulletin Board
                    Pink sheets
                Third Market
                    Trading in exchange listed securities
                    in OTC market
                    Consolidated tape 90 second report
                    requirement
                Fourth Market
                    Private transactions between
                    institutional investors without the use
                    of a broker/dealer

2.1.2     **The Nasdaq Stock Market**

2.1.2.1         Types of service

2.1.2.1.1         Level 1 service
                Generally available through public
                vendors
                Displays highest bid and lowest ask
                (inside market) for each authorized
                security

2.1.2.1.2         Level 2/Level 3 service
                Available only to NASD approved
                subscribers
                Displays bid/ask quotations and
                quotation sizes for all registered
                market makers entering quotes on
                each authorized security
                Enables registered market makers to
                enter bid/ask quotations and
                quotation sizes on the system, for only
                those securities it has been authorized
                to enter quotes

2.1.2.1.3         SelectNet
                Enables registered market makers to
                negotiate trades, including
                counteroffers and broadcasts of orders
                to all market makers in a security
                Available only for agency or principal
                orders that are greater than the SOES
                tier size
                Allows market makers to execute
                partial orders at their discretion

2.1.2.1.4         Automated Confirmation Transaction
              Service (ACT Rules)
                Primary vehicle for reporting over
                the-counter transactions in equity
                securities (Nasdaq national market,
                Nasdaq Small-Cap and exchange
                listed securities)
                Schedule D to the NASD By-Laws
                  Part XIII—Reporting transactions
                  in Nasdaq Small-Cap securities

2.1.2.2         Nasdaq qualifications for authorized
            securities

2.1.2.2.1         Listing requirements
                General factors (numerical values not
                tested)
                  At least two registered and active
                  market makers
                  Total assets
                  Capital and surplus
                  Principal outstanding of
                  convertible debt securities
                  Common stockholders
                  Publicly held shares
                Submission of audited financial reports
                and documents

2.1.2.2.2         Maintenance requirements for continual
            listing

2.1.2.2.3         Schedule D to the NASD By-Laws
                Part I—Definitions
                Part II—Qualification requirements for
                Nasdaq securities
                  Domestic securities and Canadian
                  securities
                  Suspension or termination of
                  inclusion of a security and
                  exceptions to inclusion criteria
                  Use of the Nasdaq system on a test
                  basis
                  Trading halts
                Part XI—Procedures for access to the
                Nasdaq system by non-Nasdaq market
                makers

2.1.2.2.4         Nasdaq quotation publication and
            dissemination
                Schedule D to the NASD By-Laws
                  Part V—Publication and
                  dissemination of quotations to the
                  news media
                National Market System list
                Additional list
                NASD local quotation program

2.1.3     **ADR's and Foreign Securities**

2.1.3.1         Origin and nature of ADR's
                Duties of the issuing/depository bank
                  Converts and distributes rights
                  offerings
                  Distributes information on non-U.S.
                  corporate developments

2.1.3.2         Purpose of issuing these securities versus
            trading the foreign securities directly

2.1.3.3         Shareholders' rights to demand delivery of
            the underlying shares

2.1.3.4         Provides shareholders with annual balance
            sheet and operations statement

2.1.3.5         Coordination of regulatory activities with
            issuer's principal marketplace

2.1.3.6         Qualification requirements of Schedule D of
            the NASD By-Laws

2.1.4     **Nasdaq National Market System (NMS)**

2.1.4.1         Issuer designation criteria (general
            understanding, numerical values not tested)
                Minimum for:
                  Annual net income
                  Price per share
                  Market value of publicly held shares
                Higher minimum requirements compared

to Nasdaq inclusion for:
Capital surplus
Number of publicly held shares
Non-quantitative criteria
Minimum of two independent
directors
Maintain an audit committee
Provide shareholders with quarterly
and annual reports
Solicit proxies for all shareholders'
meetings
Hold annual shareholders' meeting
Execute listing agreement with NASD

2.1.4.2    Schedule D of the NASD By-Laws
Part III—Designation of Nasdaq national
market system security
Part XII—Reporting transactions in
Nasdaq National Market designated
securities

2.1.5    **NASD Small Order Execution System (SOES)**

2.1.5.1    SOES rules
Definitions

2.1.5.2    SOES service enables participants to
Execute transactions of limited size in
active SOES authorized securities
"Lock-in" transactions by automatically
sending both sides of the applicable
clearing corporation for clearance and
settlement
Have reports of the transactions
automatically forwarded to the National
Market Trade Reporting System for
dissemination to the public
Splitting orders

2.1.6    **Non-Nasdaq OTC Securities**

2.1.6.1    Schedule H to the NASD By-Laws
Definitions
Non-Nasdaq security
Non-Nasdaq reporting system
Price and volume reporting
Automated submission of trade data

2.1.6.2    OTC Bulletin Board
Allows participants to enter, update,
retrieve quotation information on non-
Nasdaq OTC stocks on real-time basis
Displays firm and non-firm price
quotations
Displays unpriced indications of interest
Displays telephone numbers of
participating market makers in specified
securities

2.1.7    **Consolidated Quotation Service (CQS)**

2.1.7.1    CQS securities
NYSE and ASE listed securities
Certain securities listed on regional
exchanges
Securities registered or admitted to
unlisted trading privileges on the
national exchanges

2.1.7.2    CQS service
Displays bid/ask quotation sizes for CQS
securities entered by exchanges and/or
CQS market makers
A "halt" notation will be displayed when

an exchange has suspended trading in a
security

2.1.7.3    Schedule D to the NASD By-Laws
Part VII—Consolidated Quotation Service
(CQS)
Normal business hours
Withdrawal of quotations
Voluntary termination of registration
Suspension and termination of
quotations by association action

2.1.8    **Market Maker Activities**

2.1.8.1    Firm quotes

2.1.8.2    Subject quotes

2.1.8.3    Otherwise qualified
One-sided market
Bid or offer wanted

2.1.8.4    Stabilizing bids
Pre-effective bids
Penalty bids

2.1.8.5    Determination of spread
Financial condition of issuer
Size of issue
Activity in issue
Market conditions
Maximum allowable spreads

2.1.8.6    Types of customer business
Retail
Institutional

2.1.8.7    Nasdaq market makers
Registration requirements
NASD member
Minimum net capital requirements

2.1.8.8    Quotation requirements (general knowledge)
Continuous two-sided quotes for each
security
Firm quotations for at least a normal unit
of trading
Quotations reasonably related to the
market
Limits for maximum allowable spreads

2.1.8.9    Daily and monthly volume reports

2.1.8.10    Schedule D to the NASD By-Laws
Part VI—Requirements applicable to
Nasdaq market makers
Registration as a Nasdaq market maker
Character of quotations
Stabilizing bids
Automated submission of trading data
Reports
Normal business hours
Clearance and settlement
Withdrawal of quotations
Voluntary termination of registration
Suspension and termination of
quotations by Association action
Termination of Nasdaq service
Part VII—Consolidated Quotation Service
(CQS)
Registration as a CQS market maker
Obligations of CQS market makers

2.1.8.11    SOES rules
SOES participant registration
Participant obligations in SOES

Registration
Market makers
SOES order entry firms
Clearance and settlement
Obligation to honor system trades
Compliance with rules and registration
requirements
Fees applicable to SOES

2.1.9 **Non-Nasdaq Market Makers**

2.1.9.1 Schedule D to the NASD By-Laws
Part XI—Procedures for access to the
Nasdaq system by non-Nasdaq market
makers

2.2 **Domestic and Exchange Markets**

2.2.1 **Listing Criteria (general understanding,
numerical values not tested)**

2.2.1.1 Minimum listing standards

2.2.1.2 NYSE Listed Company Manual

2.2.2 **The Auction Market**

2.2.2.1 Trading post

2.2.2.2 Floor broker (member)

2.2.2.3 Role of the specialist
Maintains the limit order book
"Stops" stock
Agent vs. principal functions of specialist
Arranges buy and sell orders at the
opening of daily trading to orchestrate a
balanced price

2.2.2.4 Automated trading systems (DOT, PACE,
AUTO, AMOS, SCOREX)

2.2.2.5 Types of orders

2.2.2.6 Block trading

2.2.3 **New York Stock Exchange Regulations**

2.2.3.1 Rule 60—Dissemination of quotation

2.2.3.2 Rule 61—Recognized quotations

2.2.3.3 Rule 76—"Crossing" orders

2.2.3.4 Rule 77—Prohibited dealings and activities

2.2.3.5 Rule 78—Sell and buy orders coupled at
same price

2.2.3.6 Rule 92—Limitations on member trading
because of customer's orders

2.2.3.7 Rule 97—Limitations on members' trading
because of block positioning

2.2.3.8 Rule 104—Dealings by specialists

2.2.3.9 Rule 127—Block positioning

2.2.3.10 Rule 165—Marking to the market

2.2.3.11 Rule 175—Extension or postponement of
contracts (settlement)

2.2.3.12 Rule 390—Market responsibility rule

2.2.3.13 Rule 393—Secondary distributions (general
understanding)

2.2.3.14 Rule 396—Off-floor transactions in bonds
"Nine bond" rule

2.2.3.15 Rule 410—Records of orders
Transmitted to floor
Carried to floor
Cancellation

By account
Orders subject to SEC Rule 11a-1-T

2.2.3.16 Rule 411—Erroneous reports

2.2.3.17 Rule 435—Miscellaneous prohibitions
Excessive trading by members
Successive transactions by members
Manipulative operations
Circulation of rumors
Reopening a contract
Loans for account of non-members

2.2.3.18 Rule 450—Restriction on giving proxies

2.2.4 **Consolidated Tape Network**

2.2.4.1 Reports all executions of exchange-listed
securities, regardless of where the
transactions occurred

2.2.4.2 Use of the tape for price information

2.2.4.3 Reports of third market activity

2.3 **International Markets**

2.3.1 **Nasdaq International Service Rules**
Applicability
Definitions
Normal business hours
Qualified securities
Access
Requirements applicable to market makers
Automated submission of trading data
Reports
Clearance and settlement of international
transactions
Suspension and termination of quotations by
NASD action
Termination of access
Transaction reporting requirements
Audit trail requirements

2.3.2 **Schedule I to the NASD By-Laws—PORTAL
Market Rules**
Part I—Definitions
Part II—Requirements applicable to
PORTAL securities
Part III—Requirements applicable to
PORTAL dealers and PORTAL brokers
Part IV—Requirements applicable to
PORTAL qualified investors
Part V—Denial, suspension or termination
procedures
Part IV—PORTAL market transactions
Part VII—Rules of fair practice
Part VIII—Arbitration

2.3.3 **International Stock Exchange—
SEAQ/TOPIC/U.S. Nasdaq satellite link**

2.3.4 **Stock Exchange of Singapore (SEDAQ)/U.S.
Nasdaq link**

2.3.5 **Directing orders through foreign affiliates for
execution on foreign exchanges**

2.4 **Securities Exchange Act of 1934 and SEC Rules
Thereunder**

2.4.1 **Section 3—Certain Definitions Under the Act**

2.4.1.1 Section 3(a)(23)(A)—Definition of "clearing
agency"

2.4.1.2 Section 3(a)(38)—Definition of "market
maker"

2.4.1.3    Section 3(a)(51)—Definition of "penny stock"
     Rule 3a51-1—Definition of penny stock

2.4.1.4    Section 3(b)—Other definitions under the Act
     Rule 3b-1—Definition of "listed"
     Rule 3b-8—Definitions of "qualified OTC market maker," "qualified third market maker," and "qualified block positioner"

## 2.4.2   Section 11—Trading by Members of Exchanges, Brokers and Dealers

2.4.2.1    Rule 11-a—Regulation of floor trading

2.4.2.2    Rule 11a1-1(T)—Transactions yielding priority, parity and precedence

2.4.2.3    Rule 11a1-2—Transactions for certain accounts of associated persons of members

2.4.2.4    Rule 11a-1-3(T)—Bona fide hedge transactions in certain securities

2.4.2.5    Rule 11a-1-4(T)—Bond transactions on national securities exchanges

2.4.2.6    Rule 11a-1-5—Transactions by registered competitive market maker and registered equity market makers

2.4.2.7    Rule 11a2-2(T)—Transactions effected by exchange members through other members

## 2.4.3   Section 11A—National Market System for Securities

2.4.3.1    Rule 11Aa2-1—Designation of national market system securities
     Definitions

2.4.3.2    Rule 11Aa3-1—Dissemination of transaction reports and last sale data with respect to transactions in reported securities

2.4.3.3    Rule 11Ac1-1—Dissemination of quotation for reported securities
     Purpose
     Obligations of responsible brokers and dealers
       Communication of quotations and quotation sizes
       Execution of published quotations and quotation sizes
         Revised quotation size
         Revised quotations

## 2.4.4   Section 15—Registration and Regulation of Brokers and Dealers

2.4.4.1    Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations
     Rule 15c2-6—Sales practice requirements for certain low priced securities
     Rule 15c2-7—Identification of quotations
     Rule 15c2-11—Initiation or resumption of quotations with specified information

2.4.4.2    Section 15(g)—Requirements for transactions in penny stocks
     Rule 15g-1—Exemptions for certain transactions
     Rule 15g-2—Risk disclosure document relating to the penny stock market
     Rule 15g-3—Broker or dealer disclosure of quotations and other information relating to the penny stock market
     Rule 15g-4—Disclosure of compensation to brokers or dealers
     Rule 15g-5—Disclosure of compensation of associated persons in connection with penny stock transactions
     Rule 15g-6—Account statements for penny stock customers

## 2.5   National Association of Securities Dealers—Regulations

### 2.5.1   Rules of Fair Practice

2.5.1.1    Section 1—Business conduct of members Execution of retail transactions in the over-the-counter market
     Best execution
     Third party transactions

2.5.1.2    Section 4—Fair prices and commissions NASD Mark-Up Policy
     Interpretation
     General considerations
     Relevant factors
     Transactions to which the Policy is applicable
     Transactions to which the Policy is not applicable

2.5.1.3    Section 5—Publication of transactions and quotations
     Manipulative and deceptive quotations
     Marking the close

2.5.1.4    Section 6—Offers at stated prices
     Policy with respect to firmness of quotations

2.5.1.5    Section 41—Short sales in Nasdaq securities

2.5.1.6    Section 42—Trading halts in Nasdaq securities

### 2.5.2   Fixed Income Pricing System Rules (FIPS rules)

2.5.2.1    Part 1—Definitions

2.5.2.2    Part 2—Designation of securities quoted in the fixed income pricing system

2.5.2.3    Part 3—Quotation requirements for fixed income pricing system

2.5.2.4    Part 4—Reporting transactions in high yield bonds

2.5.2.5    Part 5—Dissemination of quotation and transaction information

2.5.2.6    Part 6—Compliance with FIPS rules and trade reporting requirements

### 2.5.3   Code of Procedure

2.5.3.1    Article IX—Procedures on grievances concerning the automated systems
     Section 1—Purpose
     Section 2—Form of application
     Section 3—Request for hearing
     Section 5—Decision
     Section 6—Review by the Nasdaq hearing review committee
     Section 7—Findings of the Nasdaq hearing review committee on review
     Section 8—Discretionary review by the Board
     Section 9—Application to Commission for review

| 2.5.4 | **Broker-to-Broker Clearing Procedures** | | Delayed delivery |
|---|---|---|---|
| | | | Prior to delivery date |
| 2.5.4.1 | Contract sheet | | Time and place of delivery |
| 2.5.4.2 | Netted trades | 2.5.5.12 | Section 16—Units of delivery—stocks |
| 2.5.4.3 | Continuous net settlement | 2.5.5.13 | Section 17—Units of delivery—bonds |
| 2.5.4.4 | Money settlement | 2.5.5.14 | Section 17A—Units of delivery—unit investment trust securities |
| 2.5.4.5 | Trade Acceptance & Reconciliation System (TARS) | | |
| | | 2.5.5.15 | Section 18—Units of delivery—certificates of deposit for bonds |
| 2.5.4.6 | OTC trade comparisons on locked-in trades | | |
| 2.5.4.7 | Comparison sheet or ticket | 2.5.5.16 | Section 19—Delivery of securities with draft attached |
| 2.5.4.8 | Regular way and when issued contract sheets | | |
| 2.5.4.9 | Firm must be member of one of the following clearing corporations which participates in TARS | 2.5.5.17 | Section 20—Prior to settlement date |
| | | 2.5.5.18 | Section 21—With irregularities |
| | National Securities Clearing Corporation | 2.5.5.19 | Section 26—Delivery of mutilated securities (NYSE Rules 223 and 224) |
| | Midwest Clearing Corporation | | |
| | Philadelphia Clearing Corporation | 2.5.5.20 | Section 29—Assignments and powers of substitution; delivery of registered securities |
| | Pacific Clearing Corporation | | |
| 2.5.4.10 | Depository Trust Company | 2.5.5.21 | Section 36—Certificate in name of deceased person, trustee, etc. |
| | Securities certificate safekeeping | | |
| | Exchange effected by computerized bookkeeping entries | 2.5.5.22 | Section 46—Computation of interest (NYSE Rule 243) |
| 2.5.4.11 | Clearing funds | 2.5.5.23 | Section 48—Due-bills and due-bill checks (NYSE Rule 255) |
| | Participant contribution based on processing activity | | |
| | Interest earned is transferred to participant | 2.5.5.24 | Section 49—Claims for dividends, rights, interest, etc. |
| 2.5.5 | **Uniform Practice Code** | 2.5.5.25 | Section 50—Transfer fees (NYSE Rule 182) |
| 2.5.5.1 | Section 1—Score of Uniform Practice Code | 2.5.5.26 | Section 51—Reclamations and rejections |
| 2.5.5.2 | Section 2—Uniform Practice committees | 2.5.5.27 | Section 52—Uniform reclamation form |
| 2.5.5.3 | Section 3—Definitions | 2.5.5.28 | Section 53—Time for delivery on reclamation and manner of settlement |
| 2.5.5.4 | Section 4—When, as and if issued/distributed contracts (NYSE Rule 63) | | |
| | | 2.5.5.29 | Section 56—Irregular delivery; transfer refused; lost or stolen securities |
| 2.5.5.5 | Section 5—Transactions in securities "ex dividend," "ex-rights," or "ex-warrants" (NYSE Rules 235 and 236) | | |
| | | 2.5.5.30 | Section 58—Marking to the market (NYSE Rules 165, 166, 168) |
| 2.5.5.6 | Section 6—Transactions "ex-interest" in bonds which are dealt in "flat" | 2.5.5.31 | Section 59—"Buying-in" (NYSE Rule 282) |
| | | 2.5.5.32 | Section 60—"Selling-out" (NYSE Rule 283) |
| 2.5.5.7 | Section 7—"Ex" liquidating payments | 2.5.5.33 | Section 61—Rights and warrants |
| 2.5.5.8 | Section 8—Transactions in "part redeemed" bonds (NYSE Rule 193) | 2.5.5.34 | Section 62—CUSIP number |
| | | 2.5.5.35 | Section 64—Acceptance and settlement of COD orders |
| 2.5.5.9 | Section 9—Comparisons or confirmations and "Don't Know Notices" | | |
| 2.5.5.10 | Section 10—Description of securities | 2.5.5.36 | Section 65—Customer account transfer contracts |
| 2.5.5.11 | Section 12—Delivery of securities | 2.5.5.37 | Section 68—Use of trade acceptance and reconciliation service |
| | Cash | | |
| | Regular way | 2.5.5.38 | Section 69—Reconfirmation and pricing service participants |
| | Seller's option (NYSE Rule 179) | | |
| | Buyer's option | 2.5.5.39 | Section 70—Clearly erroneous trades |
| | Contracts due on holidays or Saturdays | | |

# 3.0
## SUPERVISION OF BROKERAGE OFFICE OPERATIONS

| | |
|---|---|
| 3.1 | **Client Accounts** |
| 3.1.1 | **Types of Accounts** |
| 3.1.1.1 | Cash |
| 3.1.1.2 | Margin (general account) |
| 3.1.2 | **Account Documentation** |
| 3.1.2.1 | New account form |
| 3.1.2.1.1 | Identification data |
| 3.1.2.1.2 | Name and occupation of person(s) with authority to create activity in account |
| | Limited authorization |
| | Full authorization |
| | Discretionary powers to broker/ dealers |
| 3.1.2.1.3 | Payment/delivery and/or duplicate mailing instructions |
| | Transfer and ship |
| | Hold in "street name" |
| | Transfer and hold in safekeeping |
| | Hold cash or forward cash balance on settlement date |
| | Deliver against payment to a bank or depository |
| | Reinvestment plan (reinvesting cash balances) |
| 1.2.3.1.4 | Signature of and acceptance of account by general securities or options principal of firm |
| 3.1.2.2 | Supplementary documentation |
| 3.1.2.2.1 | Hypothecation agreement |
| 3.1.2.2.2 | Loan consent agreement |
| 3.1.2.2.3 | Credit agreement |
| 3.1.2.2.4 | Powers of attorney—discretionary accounts |
| 3.1.2.2.5 | Options agreement |
| 3.1.2.2.6 | Arbitration agreement |
| 3.1.3 | **Customer Accounts and Documents** |
| 3.1.3.1 | Individual customers |
| 3.1.3.2 | Joint customers |
| 3.1.3.3 | Corporate customers |
| 3.1.3.4 | Unincorporated associations (partnerships, charitable organizations, schools, churches, hospitals, investment clubs and hedge funds) |
| 3.1.3.5 | Fiduciaries |
| 3.1.3.5.1 | Prohibition regarding margin accounts and grants of trading authority to others |
| 3.1.3.5.2 | Restrictions regarding "legal investments" |
| 3.1.3.5.3 | Prudent man rules |
| 3.1.3.5.4 | Administrators of estates |
| 3.1.3.5.5 | Trustees |
| 3.1.3.5.6 | Guardians |
| 3.1.3.5.7 | Receivers in bankruptcy |
| 3.1.3.5.8 | Committees or conservators for incompetents |
| 3.1.3.6 | Investment advisors contracts |
| 3.1.3.6.1 | Special omnibus account for broker/ dealer subsidiary or affiliate |
| 3.1.3.6.2 | Introduced accounts of investment advisors' clients |
| 3.1.3.6.3 | Advisors' client account |
| 3.1.4 | **Custodial Accounts under the Uniform Gifts/ Transfers to Minors Act** |
| 3.1.4.1 | Irrevocability of gift |
| 3.1.4.2 | Custodian |
| 3.1.4.2.1 | Appointed by donor |
| 3.1.4.2.2 | Successor custodians |
| 3.1.4.2.3 | Securities registered in name of custodian |
| 3.1.4.2.4 | Legal ownership vested in minor |
| 3.1.4.3 | Securities registered to beneficiary upon attaining majority |
| 3.1.4.4 | Must be cash account—no margin |
| 3.1.4.5 | Securities in account cannot be pledged |
| 3.1.4.6 | Reinvestment of cash proceeds, dividends' and interest within reasonable period |
| 3.1.4.7 | Rights and warrants |
| 3.1.4.7.1 | Exercised if sufficient cash is in account; or |
| 3.1.4.7.2 | Liquidated at the market |
| 3.1.4.8 | Reimbursement of expenses to custodian |
| 3.1.4.9 | Use of custodial property for support of minor |
| 3.1.4.10 | Maintenance of records |
| 3.1.5 | **Qualified Retirement Plans** |
| 3.1.5.1 | Individual retirement investment account (IRA) |
| 3.1.5.1.1 | Purpose |
| 3.1.5.1.2 | Contributions |
| 3.1.5.1.3 | Payout period |
| 3.1.5.1.4 | Tax free rollovers |
| 3.1.5.2 | Keogh plans—HR-10 |
| 3.1.5.2.1 | Purpose |
| 3.1.5.2.2 | Funding—annuities, mutual funds, trust accounts, savings accounts |
| 3.1.5.2.3 | Contributions |
| 3.1.5.2.4 | Payout period |
| 3.1.5.2.5 | Eligibility |
| 3.1.5.3 | Other types of qualified plans |
| 3.1.5.3.1 | Corporate pension plans |
| 3.1.5.3.2 | Corporate deferred payment profit-sharing plans |
| 3.1.5.3.3 | Tax-deferred annuity plans |
| 3.1.5.3.4 | 401(k) plans |
| 3.1.5.3.5 | Employee stock ownership plans (ESOP) |
| 3.1.5.3.6 | Eligible worker-owned cooperative (EWOC) |

3.1.5.4    ERISA  
     Pension plan regulations  
     Disclosure requirements  
       Reports to employees  
     Funding policies  
       Minimum funding standards  
       Employers funding objectives  
     Fiduciary requirements  
       Fiduciary standards  
       Diversification of plan investments  
       Identification of fiduciary  
       Loans  
       Prohibited transactions  
       Self dealing transactions—  
       prohibitions and exemptions  
       Transfer of plan assets  
     Investment of pension plans  

**3.1.6    Non-Qualified Retirement Plans**

3.1.6.1    Payroll deduction plans

3.1.6.2    Deferred compensation plans

**3.1.7    Requirements regarding accounts of deceased/incompetent persons**

3.1.7.1    Outstanding orders  
     Cancel open orders  
     Freeze assets in account until necessary documents are obtained from administrator, executor, or conservator of estate

3.1.7.2    Death or incompetence of a joint tenant  
     Presentation of death certificate and inheritance tax waiver, letters testamentary or other required documents before assets in account are released  
     Assignment by surviving/competent tenant and by the legal representative of the deceased/incompetent tenant

3.1.7.3    Death or incompetence of tenant-in-common  
     Freeze assets and acceptance of orders until instructions are received from survivor(s) and executor, administrator, or conservator of the estate together with applicable inheritance tax waivers, letters testamentary or other required documents

3.1.7.4    Death or incompetence of a partner  
     Required authority from surviving/competent partners before executing any further orders  
     Follow stipulations in partnership agreement

3.1.7.5    Death or incompetence of principal on a power of attorney  
     Immediate termination of power

**3.1.8    Transactions in Client Accounts**

3.1.8.1    Entering an order  
     Client identifier  
     RR identifier  
     Originating office identifier (if applicable)  
     Security description (symbol)  
     Number of shares or bonds  
     Where traded (NYSE, ASE, Nasdaq, etc.)  
     Action  
     Price and qualifications  
     Type of account (cash, margin, special bond, etc.)  
     Settlement instructions if not established

     when account was opened

3.1.8.2    Review report of execution  
     Check against order ticket  
     Report execution to client  
     Report all errors immediately through appropriate firm channels  
     Check client's confirmation for accuracy

3.1.8.3    Records of customer transactions

**3.1.9    Primary Functions of Operations and Support Departments (definitional knowledge only)**

3.1.9.1    Order department

3.1.9.2    Purchase and sales department

3.1.9.3    Margin department

3.1.9.4    Cashiering department

3.1.9.5    Dividend department

3.1.9.6    Proxy department

3.1.9.7    Reorganization department

3.1.9.8    Stock record department

3.1.9.9    Controller

**3.2    Extensions of Credit in the Securities Industry**

**3.2.1    General Margin Account**

3.2.1.1    Long accounts

3.2.1.1.1    Federal margin requirements for purchases—Regulation T  
     Initial margin requirement  
     Reg T excess  
     Withdrawing Reg T excess  
     Purchasing additional securities with Reg T excess  
     Depositing securities to meet a Reg T call  
     Buying power of Reg T excess

3.2.1.1.2    Maintenance margin requirements (NASD Rules of Fair Practice-Section 30 and NYSE Rules 431 and 432)  
     Minimum initial equity requirement  
     Minimum maintenance requirement  
     Maintenance call  
     Meeting a maintenance call with a cash deposit  
     Meeting a maintenance call by liquidating securities  
     Calculating the point below which a long account will incur a maintenance call

3.2.1.1.3    Special memorandum account  
     Purpose  
     Withdrawals of SMA

3.2.1.1.4    Sales of long positions  
     Sales in a properly margined account  
     Sales in a restricted account  
     Sales in a restricted account to meet a previous Reg T call  
     Withdrawals of stock from a restricted account

3.2.1.2    Short accounts  
     Federal initial requirements for short sales  
     Minimum equity requirement  
     Calculating the point above which a short

|  |  |
|---|---|
| | account will incur a maintenance call |
| | Covered short transactions |
| | Short-selling power |
| 3.2.1.3 | Mixed accounts |
| | Reg T excess |
| | Maintenance requirements |
| 3.2.1.4 | Margin substitutions |
| | Equal substitutions |
| | Unequal substitutions |
| | Adjusted debit balance |
| **3.2.2** | **Other Types of Securities Accounts** |
| 3.2.2.1 | Cash account |
| | Arbitrage account |
| | Omnibus account |
| | Broker/dealer credit account |
| | Market functions account |
| | Nonsecurities credit account |
| **3.2.3** | **Withdrawal of Dividend and Interest Credits** |
| **3.2.4** | **Other Provisions of Regulation T of the Federal Reserve Board** |
| 3.2.4.1 | Definitions |
| | Creditor |
| | Customer |
| | Registered security |
| | OTC margin stock |
| | Margin security |
| | Exempted security |
| | Non-equity security |
| 3.2.4.2 | Letters of credit |
| 3.2.4.3 | Contents of general account |
| 3.2.4.4 | General rule |
| | Prompt payment |
| 3.2.4.5 | Extensions of time |
| 3.2.4.6 | Cash accounts |
| | Prompt deposits of securities sold |
| | Prompt payment for securities purchased |
| | Payment vs delivery |
| | Extensions of time |
| | Customer debits not exceeding $500 |
| | Frozen accounts |
| 3.2.4.7 | Borrowing by broker/dealers |
| 3.2.4.8 | Certain technical details |
| 3.2.4.9 | Miscellaneous provisions |
| | Arranging for loans by others |
| | Maintenance of credit |
| | Statement of purpose of loan |
| **3.2.5** | **Credit by Banks for the purpose of purchasing or carrying margin stocks— Regulation U of the Federal Reserve Board** |
| 3.2.5.1 | Purpose credit secured by stock |
| 3.2.5.2 | Exceptions from general rule for broker/dealers |
| 3.2.5.3 | OTC market maker exemption |
| **3.2.6** | **General Purpose of Other FED Credit Regulations** |
| 3.2.6.1 | Regulation G—Securities credit by persons other than banks, brokers or dealers |
| 3.2.6.2 | Regulation X—Rules governing borrowers who obtain securities credit |
| 3.2.7 | Mechanics of Short Sales |
| 3.2.7.1 | Borrowing securities |
| | Securities held by executing broker/dealers |
| | Borrowing securities from other broker/dealers |
| | Borrowing securities from institutional investors |
| | Lending at a premium |
| | Lending at a rate |
| 3.2.7.2 | Lender's privileges |
| | Return of securities |
| | Marking to the market |
| | Interest on bonds loaned |
| | Cash dividends |
| | Stock dividends |
| | Subscription rights |
| | Voting rights |
| 3.2.7.3 | Closing the contract |
| | Short against the box |
| | Closing purchases |
| **3.3** | **Securities Exchange Act of 1934 and SEC Rules Thereunder** |
| **3.3.1** | **Section 3—Definitions Under the Act** |
| 3.3.1.1 | Rule 3a12-9—Exemption of certain direct participation program securities from the restrictions regarding the extending or arranging of credit under Sections 7(c) and 11(d)(1) |
| 3.3.1.2 | Rule 3b-3—Definition of "short sale" |
| **3.3.2** | **Section 10—Regulation of the use of manipulative and deceptive devices** |
| 3.3.2.1 | Section 10(a)—Short sales and stop-loss orders |
| 3.3.2.1.1 | Rule 10a-1—Short sales |
| | Uptick and zero plus tick restriction |
| | Adjustments ex-distribution |
| | Long or short order notation |
| | Requirements for long sales |
| | Exemptions |
| 3.3.2.1.2 | Rule 10a-2—Requirements for covering purchases |
| | Prohibitions and exemptions on loans of securities by broker/dealers to cover purchases |
| 3.3.2.2 | Section 10(b)—Use or employment of manipulative or deceptive devices |
| 3.3.2.2.1 | Rule 10b-10—Confirmation of transactions |
| 3.3.2.2.2 | Rule 10b-16—Disclosure of credit terms in margin transactions |
| 3.3.2.2.3 | Rule 10b-17—Untimely announcements of record dates |
| **3.3.3** | **Section 11—Trading by Members of Exchanges, Brokers and Dealers** |
| 3.3.3.1 | Section 11(d)(1)—Extension of credit |
| 3.3.3.1.1 | Rule 11d-1—Exemption of certain securities from Section 11(d)(1) |
| 3.3.3.1.2 | Rule 11d1-2—Exemption from Section 11(d)(1) for certain investment company securities held by broker/dealers as |

|  |  |
|---|---|
|  | collateral in margin accounts |
| 3.3.4 | **Section 15—Registration and Regulation of Brokers and Dealers** |
| 3.3.4.1 | Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances |
| 3.3.4.1.1 | Rule 15c1-5—Disclosure of control |
| 3.3.4.1.2 | Rule 15c1-6—Disclosure of interest in distributions |
| 3.3.4.1.3 | Rule 15c1-7—Discretionary accounts |
| 3.3.4.2 | Section 15(c)(2)—Fraudulent acts or practices and fictitious quotations |
| 3.3.4.2.1 | Rule 15c2-5—Disclosure and other requirements when extending or arranging credit in certain transactions |
| 3.4 | **National Association of Securities Dealers—Regulations** |
| 3.4.1 | **Rules of Fair Practice** |
| 3.4.1.1 | Section 12—Disclosure on confirmations |
| 3.4.1.1.1 | Third market confirmations |
| 3.4.1.2 | Section 13—Disclosure of control |
| 3.4.1.3 | Section 14—Disclosure of participation or interest in primary or secondary distribution |
| 3.4.1.4 | Section 15—Discretionary accounts (NYSE Rule 408) |
| 3.4.1.4.1 | Excessive transactions |
| 3.4.1.4.2 | Authorization and acceptance of account |
| 3.4.1.4.3 | Approval and review of transactions |
| 3.4.1.4.4 | Exception |
| 3.4.1.5 | Section 21—Books and records (NYSE Rules 406 and 440) |
| 3.4.1.5.1 | Requirements |
| 3.4.1.5.2 | Marking of customer order tickets |
| 3.4.1.5.3 | Customer account information |
| 3.4.1.5.4 | Record of written complaints |
| 3.4.1.5.5 | "Complaint" defined |
| 3.4.1.5.6 | Requirements when using predispute arbitration agreements with customers |
| 3.4.1.6 | Section 45—Customer account statements |

# SALES SUPERVISION: GENERAL SUPERVISION
# OF EMPLOYEES: REGULATORY FRAMEWORK OF NASD

4.1    **Securities Exchange Act of 1934 and SEC Rules Thereunder**

4.1.1    **Section 3—Certain Definitions Under the Act**

4.1.1.1    Section 3(a)(10)—Definition of "security" (NYSE Rule 3)

4.1.1.2    Section 3(a)(39)—Definition of "statutory disqualification"

4.1.1.2.1    Rule 3a11-1—Definition of the term "equity security"

4.1.1.2.2    Rule 3a12-2—Exemption of certain securities, the income on which is substantially guaranteed by states or political subdivisions thereof

4.1.1.2.3    Rule 3b-5—Non-exempt securities issued under governmental obligations

4.1.2    **Section 9—Prohibitions against manipulation of security prices**

4.1.2.1    Section 9(a)(1)—Misleading appearance of active trading

4.1.2.2    Section 9(a)(2)—Inducing purchase or sale by others

4.1.2.3    Section 9(a)(3)—Dissemination of information as to rise or fall of security prices

4.1.2.4    Section 9(a)(4)—Making false or misleading statements

4.1.2.5    Section 9(a)(5)—Dissemination of information for consideration

4.1.2.6    Section 9(a)(6)—Pegging, fixing or stabilizing prices

4.1.2.7    Section 9(e)—Liability for unlawful acts or transactions

4.1.3    **Section 10—Regulation of the Use of Manipulative and Deceptive Devices**

4.1.3.1    Section 10(b)—Use or employment of manipulative and deceptive devices

4.1.3.2    Rule 10b-1—Prohibitions with respect to securities exempted from registration

4.1.3.4    Rule 10b-3—Employment of manipulative and deceptive devices by brokers or dealers

4.1.4    **Section 15—Registration and Regulation of Brokers and Dealers**

4.1.4.1    Section 15(a)(1)—Prohibitions relating to unregistered broker/dealers
Rule 15a-6—Exemption of certain foreign brokers or dealers

4.1.4.2    Section 15(b)(4)—Sanctions against brokers or dealers

4.1.4.3    Section 15(b)(6)—Sanctions for person associated with broker or dealer

4.1.4.4    Section 15(c)(1)—Manipulative, deceptive or fraudulent devices or contrivances
Rule 15c1-1—Definitions
Rule 15c1-2—Fraud and misrepresentation

Rule 15c1-3—Misrepresentation by brokers and dealers as to registration

4.1.5    **Section 17—Accounts and Records, Reports, Examinations of Exchanges, Members and Others**

4.1.5.1    Section 17(f)—Requirements with respect to missing, lost, counterfeit or stolen securities and fingerprinting of employees of broker/dealers
Rule 17f-2—Fingerprinting of securities industry personnel (general requirement)

4.2    **Insider Trading Regulations**

4.2.1    **Insider Trading and Securities Fraud Enforcement Act of 1988**

4.2.1.1    Section 3—Civil penalties of controlling persons for illegal insider trading by controlled persons

4.2.1.1.1    Securities Exchange Act of 1934
Section 15(f)—Policies and procedures to be developed by broker/dealers to prevent misuse of material, non-public information
Section 21(d)—Injunctions and prosecution of offenses
Section 21A—Civil penalties
Section 21A(a)—Authority to impose civil penalties
Section 21A(b)—Limitations on liability
Section 21A(c)—Authority of Commission
Section 21A(e)—Authority to award bounties to informants
Section 21A(f)—Definition of "profit gained" and "loss avoided"

4.2.1.1.2    Investment Advisers Act of 1940
Section 204—Annual and other reports
Section 204A—Prevention of misuse of non-public information

4.2.1.2    Section 4—Increases in criminal penalties

4.2.1.2.1    Securities Exchange Act of 1934
Section 32(a)—Penalties

4.2.1.3    Section 5—Liability to contemporaneous traders for insider trading

4.2.1.3.1    Securities Exchange Act of 1934
Section 20A—Liability to contemporaneous traders for insider trading
Section 20A(a)—Private rights of action based on contemporaneous trading
Section 20A(b)—Limitations on liability
Section 20A(c)—Joint and several liability for communicating

4.2.2    **Securities Exchange Act of 1934 and SEC Rules Thereunder**

4.2.2.1    Section 10—Regulation of the use of

manipulative and deceptive devices
   Section 10(b)—Use or employment of
   manipulative and deceptive devices
   Rule 10b-5—Employment of
   manipulative and deceptive devices
     Insider trading
     Material information
     Non-public information
     Insiders and tippees
     The Chinese Wall doctrine

4.3    **National Association of Securities Dealers— Regulations**

4.3.1    **Certificate of Incorporation**

4.3.1.1    Third Section—Objects or purposes

4.3.2    **By-Laws**

4.3.2.1    Article I—Definitions

4.3.2.2    Article II—Qualifications of members and associated persons

4.3.2.2.1    Section 1—Persons eligible to become members and associated persons

4.3.2.2.2    Section 2—Authority of Board to adopt qualification requirements
   Schedule C
    Part I—Applications for membership
     Pre-membership interviews
     Removal of restrictions imposed
     Changes in ownership or control of existing members
     Notification to the District Office of certain events
    Part II—Registration of principals
     Definition of principal
     Categories of principal registration
      General securities principal
      Limited principals
    Part III—Registration of representative
     Definition of representative
     Categories of representative registration
      General securities representative
      Limited representatives
    Part IV—Assistant representative-order processing
    Part V—Disciplinary actions
    Part VI—Persons exempt from registration
    Part VII—Qualification examinations and waiver of requirements
    Part VIII—Confidentiality of examinations
    Resolution of the Board of Governors
     Failure to register personnel
    Explanation of the Board of Governors
     Appointment of executive representative
    Part XI—Registration of government securities principals

   and representatives

4.3.2.2.3    Section 3—Ineligibility of certain persons for membership or association

4.3.2.2.4    Section 4—Definition of disqualification (NYSE Rule 351)

4.3.2.3    Article III—Membership

4.3.2.3.1    Section 1—Application for membership

4.3.2.3.2    Section 3—Executive representative

4.3.2.3.3    Section 5—Resignation of members

4.3.2.3.4    Section 6—Transfer and termination of membership

4.3.2.3.5    Section 7—Registration of branch offices

4.3.2.3.6    Section 8—Vote of branch offices

4.3.2.3.7    Section 9—District Committees' right to classify branches

4.3.2.4    Article IV—Registered representatives and associated persons (NYSE Rule 345)

4.3.2.4.1    Section 1—Qualification requirements

4.3.2.4.2    Section 2—Application for registration

4.3.2.4.3    Section 3—Notification by member to Corporation and associated person of termination; amendments to notification

4.3.2.4.4    Section 4—Retention of jurisdiction

4.3.2.5    Article XIII—Disciplinary proceedings

4.3.2.6    Article XIV—Powers of Board to prescribe sanctions

4.2.3.7    Article XVI—Limitation of Powers

4.2.3.7.1    Section 2—Use of name of Corporation by members

4.3.3    **Rules of Fair Practice**

4.3.3.1    Article I—Adoption and applicability
   Section 5—Applicability

4.3.3.2    Article II—Definitions

4.3.3.3    Article III—Rules of fair practice

4.3.3.3.1    Section 1—Business conduct of members (NYSE Rule 401)
    Prompt receipt and delivery of securities
    Forwarding of proxy and other materials (NYSE Rule 451)

4.3.3.3.2    Section 2—Recommendations to customers (NYSE Rule 405)
    Fair dealing with customers
     Recommending speculative low-priced securities
     Excessive trading activity
     Trading in mutual fund shares
     Fraudulent activity
     Recommending purchases beyond customer capability

4.3.3.3.3    Section 3—Charges for services performed

4.3.3.3.4    Section 9—Use of information obtained in a fiduciary capacity

4.3.3.3.5    Section 10—Influencing or rewarding employees of others (NYSE Rules 350 and 353)

4.3.3.3.6    Section 11—Payment designed to influence market prices, other than paid advertising

4.3.3.3.7    Section 18—Use of fraudulent devices

4.3.3.3.8    Section 20—Installment or partial payment sales
Prohibition
Hypothecation

4.3.3.3.9    Section 25—Dealing with non-members
Transactions with non-members
Transactions with foreign non-members
Non-member broker or dealer
Interpretation of the Board of Governors
Non-member of the Association Member
Expelled dealer
Suspended dealer
Broker or dealer whose registration is revoked by the SEC
Membership resigned or canceled
Transactions in exempted securities
Transactions on an exchange
OTC transactions in securities other than "exempted securities"

4.3.3.3.10    Section 26—Investment companies
Application
Definitions
Conditions for discounts to dealers
Sales charge
Selling dividends
Withhold orders
Purchase for existing orders
Refund of sales charge
Repurchase from dealer
Execution of investment company portfolio transactions
Dealer concessions
Prompt payment for investment company shares
Disclosure of deferred sales charges

4.3.3.3.11    Section 27—Supervision (NYSE Rules 342 and 405)
Supervisory system
Written procedures
Internal inspections
Written approval
Qualifications investigated
Applicant's responsibility
Definitions
Office of supervisory jurisdiction
Branch office

4.3.3.3.12    Section 28—Transactions for or by associated persons (NYSE Rule 407)
Determine adverse interest
Obligations of executing member
Obligations of associated persons concerning an account with a member
Obligations of associated persons concerning an account with an investment adviser, bank or other financial institution

Exemption for transactions in investment company shares and unit investment trusts
(NOTE: Section 28 required prior written notification to the employer member: Rule 407 requires the prior written consent of the employer)

4.3.3.3.13    Section 29—Variable contracts of an insurance company
Application
Definitions
Sales charges
Receipt of payment
Transmittal
Selling agreements
Redemption

4.3.3.3.14    Section 32—Fidelity bonds (NYSE Rule 319)
Application
Authority of Board
Appendix C
Coverage required
Deductible provision
Annual review of coverage
Notification of change

4.3.3.3.15    Section 35—Communications with the public (NYSE Rule 472)
Definitions
Advertisement
Sales literature
Approval and recordkeeping
Filing requirements and review procedures
Standards applicable to communications with the public
General standards
Specific standards
Necessary data
Recommendations
Claims and opinions
Hedge clauses
Recruiting advertising
Periodic investment plans
References to regulatory organizations
Identification of sources
Application of SEC rules
Standards applicable to the use and disclosure of the NASD member's name
Guidelines regarding communications with the public about collateralized mortgage obligations (CMOs)

4.3.3.3.16    Section 40—Private securities transactions
Applicability
Written notice
Transactions for compensation
Transactions not for compensation
Definitions
Private securities transaction
Selling compensation

4.3.3.3.17    Section 43—Outside business activity (NYSE Rule 346)
(NOTE: Section 43 requires prior

written notification by an associated person be made to a member: Rule 346 requires that a written request be made by an associated person and that the member employer provide prior written consent.)

4.3.3.4    Article IV—Complaints (NYSE Constitution. Article IX)

4.3.3.4.1    Section 1—Availability to customers of Certificate. By-Laws. Rules and Code of Procedure

4.3.3.4.2    Section 2—Complaints by public against members for violations of rules

4.3.3.4.3    Section 3—Complaints by DBCC

4.3.3.4.4    Section 4—Complaints by the Board of Governors

4.3.3.4.5    Section 5—Reports and inspection of books for purpose of investigating complaints

4.3.3.4.6    Resolution of the Board of Governors Suspension of members for failure to furnish information duly requested

4.3.3.5    Article V—Sanctions for violation of the rules

4.3.3.5.1    Section 1—Penalties for violation of the rules Interpretation of the Board of Governors
The effect of a suspension or revocation of the registration. if any, of a person associated with a member or the barring of a person from further association with any member
Resolution of the Board of Governors Notice to membership and press of suspensions. expulsions. revocations. and monetary sanctions and release of certain information regarding disciplinary history of members and their associated persons

4.3.3.5.2    Section 2—Payment of fines. other monetary sanctions. or costs

4.3.3.5.3    Section 3—Cost of proceedings

4.3.4    **Code of Procedure**

4.3.4.1    Article I—Application and purpose of Code
Section 1—Purpose
Section 2—Definitions

4.3.4.2    Article II—Disciplinary actions by DBCC the Market Surveillance Committee and others
Section 1—Issuance of complaints by Committees
Section 2—Form. content. notice and withdrawal of complaints
Section 4—Request for hearing
Section 5—Venue
Section 6—Hearing panels
Section 8—Decision of committee
Section 10—Acceptance. waiver and consent and summary complaint procedures
Section 11—Settlement procedure

4.3.4.3    Article IV—Imposition of sanctions and costs
Section 1—Sanctions
Section 2—Cost of proceedings

4.3.4.4    Article VIII—Summary suspension
Section 1—Summary action
Section 2—Written notification
Section 4—Hearing
Section 5—Decision
Section 6—Review by Board
Section 8—Application to Commission for review
Section 9—Application to Commission for stay of summary action

4.3.4.5    Article X—Miscellaneous

4.3.5    **Code of Arbitration Procedure**

4.3.5.1    Part I—Administrative provisions
Section 1—Matters eligible for submission
Section 4—Composition and appointment of panels

4.3.5.2    Part II—Industry and clearing controversies

4.3.5.3    Part III—Uniform code of arbitration
Section 12—Required submission (NYSE Rule 600)
Section 13—Simplified arbitration (NYSE Rule 601)
Section 19—Designation of number of arbitrators
Section 20—Composition of panels
Section 23—Disclosures required of arbitrators
Section 25—Initiation of proceedings
Section 31—General provisions governing pre-hearing proceedings
Section 35—Interpretation of provisions of code and enforcement of arbitrator rulings
Section 41—Awards
Paragraph 3744—Failure to act under provisions of Code of Arbitration Procedure

4.4    **Uniform State Law**

4.4.1    **Definitions under the Act**

4.4.1.1    Agent

4.4.1.2    Broker/dealer

4.4.2    **Registration Requirements for Broker/Dealers**

4.4.2.1    Requirements

4.4.2.2    Applications

4.4.2.3    Standards

4.4.2.4    Terms of registration

4.4.2.5    Post registration provision

4.4.3    **Fraudulent and Other Prohibited Business Practices Under the Act**

4.4.3.1    Sales and purchases

4.4.3.2    Prohibited business practices

4.4.3.3    Regulatory oversight

4.4.3.4    Criminal penalties

4.4.3.5    Civil liabilities
4.4.3.6    Scope of the Act
4.4.3.7    General provisions

# 5.0
# COMPLIANCE WITH FINANCIAL
# RESPONSIBILITY RULES

5.1    **Securities Act of 1934 and SEC Rules Thereunder**

5.1.1    **Section 15—Registration and Regulation of Brokers and Dealers**

5.1.1.1    Section 15(c)(2)—Fraudulent acts or practices and fictitious accounts

5.1.1.1.1    Rule 15c2-1—Hypothecation of customers' securities (See Rule 8c-1)
   General provisions
   Definitions
   Exemption for cash accounts
   Exemption for clearing house liens
   Exemption for certain liens on securities of non-customers
   Notice and certification requirements

5.1.1.2    Section 15(c)(3)—Financial responsibility of brokers and dealers

5.1.1.2.1    Rule 15c3-1—Net-capital requirements for brokers and dealers (NYSE Rules 325 and 326)

5.1.1.2.1.1    Minimum net capital requirements Broker/dealers engaging in a general securities business
   Broker/dealers who do not generally carry customers' accounts
   Certain additional capital requirements for market makers

5.1.1.2.1.2    Definitions and general understanding of the following terms
   Aggregate indebtedness
   Net capital including adjustments to net worth for illiquid assets
   Securities differences—treatment when computing net capital
   Haircuts—effect on capital of proprietary positions
     Additional haircuts on securities with a limited market, unduly concentrated positions and non-marketable securities
   Open contractual commitments
   Treatment of aged fails to deliver

5.1.1.2.1.3    Debt-Equity requirements

5.1.1.2.1.4    Withdrawal of equity capital

5.1.1.2.1.5    Alternative net capital requirement

5.1.1.2.1.6    Appendix D—Satisfactory subordination agreements
   Definitions
     Subordinated loan agreement
     Collateral Value
     Secured demand note
   Minimum requirements of subordination agreements
   Temporary subordinations
   Filing requirements (general)

5.1.1.2.2    Rule 15c3-2—Use of customer free credit balances (NYSE Rule 409)

5.1.1.2.3    Rule 15c3-3—Customer protection—reserves and custody of securities (NYSE Rule 402)
   Definitions
     Customer
     Securities carried for account of a customer
     Fully paid securities
     Margin securities
     Excess margin securities
     Qualified security
     Funds carried for the account of any customer
   Physical possession or control
   Requirement to reduce securities to possession or control—timeliness
   Special reserve bank account for the exclusive benefit of customers
   Notification of banks
   Withdrawals from the reserve bank account
   Buy-in of short security differences
   Exemptions under subsection (k)
   Delivery of fully paid and excess margin securities
   Completion of sell orders on behalf of customers—mandatory buy-in

5.1.2    **Section 17—Accounts and Records, Reports, Examinations of Exchanges, Members and Others**

5.1.2.1    Section 17(a)(1)—General requirement for the maintenance of records and report filing as prescribed by SEC

5.1.2.1.1    Rule 17a-3—Records to be made by certain exchange members, brokers and dealers (general understanding of major provisions)
   Blotters or other records of original entry
   Ledgers or other records reflecting all assets and liabilities
   Ledger accounts or other records itemizing separately all activity in each cash and margin account
   Subsidiary ledgers
   Securities record of each long and short position (NYSE Rule 421)
   Memorandum of each brokerage order given or received for the purchase or sale of securities
   Memorandum of each purchase and sale for the account of the firm
   Copies of customer confirmations and copies of notices of all other debits and credits for accounts of customers (NYSE Rule 421)
   Identification data on beneficial owners of all cash and margin accounts
   Identification data on beneficial owners of all cash and margin account
   Proof of money balances in all ledger accounts

Questionnaire or application for employment executed by each "associated person"
Fingerprint records required by Rule 17f-2
Exemptions

5.1.2.1.2  Rule 17a-4—Records to be preserved by certain exchange members, brokers and dealers
Requirement for ready accessibility of all records for two years
General type of record to be maintained for six years
Maintenance of records with respect to associated persons
Preservation of required records on microfilm
Outside service bureaus

5.1.2.1.3  Rule 17a-5—Reports to be made by certain brokers and dealers (NYSE Rule 418)
Filing of monthly and quarterly reports
Report filed upon termination of membership interest
Customer statements
Who must furnish the statements
Unaudited statements to be furnished
Definition of customer
Annual filing of audited financial statements
Qualification of accountants
Qualified certified public accountant
Designation of accountant
Independence of accountant
Replacement of accountant
Audit objectives
Accountant's reports—general provisions
Technical requirements
Representations as to the audit
Opinions to be expressed
Exceptions
Definitions of "audit", "accountant's report" and "certified"
Accountant's report on material inadequacies
Extensions and exemptions
Notification of changes of fiscal year
Filing requirements

5.1.2.1.4  Rule 17a-8—Financial recordkeeping and reporting of currency and foreign transactions

5.1.2.1.5  Rule 17a-10—Report on income and expenses (general requirement and relation to FOCUS)

5.1.2.1.6  Rule 17a-11—Notification provisions for brokers and dealers
Broker/dealers whose net capital declines below the minimum amount required
Broker/dealers whose capital structure fails to meet the debt/equity

requirements of Rule 15c3-1 (d)
Broker/dealers whose aggregate indebtedness is in excess of 1200 per centum of its net capital
Broker/dealers whose net capital is less than 5% of aggregate debit items computed in accordance with the alternative net capital computation
Broker/dealers who fail to make and keep current the books and records specified in Rule 17a-3
Broker/dealers who discover or are notified by an independent accountant that material inadequacies exist in their accounting systems

5.1.2.1.7  Rule 17a-13—Quarterly security counts to be made by certain exchange members, brokers and dealers (general requirement)
Requirements for each calendar quarter year
Persons to perform or supervise required securities counts

5.1.2.2  Section 17(b)—Inspection by commission or appropriate regulatory agency

5.1.2.3  Section 17(f)—Requirements with respect to missing, lost, counterfeit or stolen securities and fingerprinting of employees of broker/dealers

5.1.2.3.1  Rule 17f-1—Requirements for reporting and inquiry with respect to missing, lost, counterfeit or stolen securities
Definition of "reporting institution"
Reporting requirements
Required inquiries
Permissive inquiries

5.2  **Securities Investor Protection Act and SIPC Rules Thereunder**

5.2.1  **Membership requirements of SIPC**

5.2.2  **SIPC Fund**

5.2.3  **Protection of customers**
Determination of need for protection
Court action
SIPC participation

5.2.4  **Special provisions of a liquidation proceeding**
Purpose
Notice and claims
Payment of customers
Customer related property
Purchase of securities
Closeouts
Transfer of customer accounts

5.2.5  **SIPC advances**
Advances for customers' claims
Other advances
Discretionary advances

5.2.6  **Direct payment procedure**

5.2.7  **SIPC rules**

5.2.7.1  Accounts of separate customers
Individual accounts
Accounts held by executors or administrators
Accounts held by a corporation, partnership or unincorporated association

Trust accounts
Joint accounts

5.2.7.2    Prohibited acts
Failure to pay assessment or file reports
Engaging in business after appointment of
trustee or initiation of direct payment
procedure
Concealment of assets; false statements
or claims

5.2.7.3    Advertising by members of SIPC protection
Member of displaying SIPC membership

5.3    **National Association of Securities
Dealers—Regulations**

5.3.1    **By-Laws**

5.3.1.1    Article VI-Dues. Assessments and Other
Charges
Schedule A (general knowledge of types
of income assessed and fee levied)
Section 3—Suspension or cancellation of
membership for non-payment of dues

5.3.2    **Rules of Fair Practice**

5.3.2.1    Article III—Rules of Fair Practice
Section 19—Customers' securities or
funds
Improper use
Authorization to lend—pledging or
lending related to indebtedness
Separate lending authorization
designating securities
Segregation and identification of
securities
Prohibition against guarantees

Sharing in accounts: extent
permissible
Explanation of the Board of Governors
Section 22—Disclosure of financial
condition
Requirement of members to furnish
recent financial statement to other
members
Section 31—Securities "failed to receive"
and "failed to deliver"
Appendix B
Section 38—Regulation of activities of
members experiencing financial and/or
operational difficulties
Restrictions on member's business
expansion when its net capital falls
below certain parameters for more
than 15 consecutive days
Member may be required to reduce
its business
Section 39—Approval of change in
exempt status under SEC Rule 15c3-3
Loss of 15c3-3(k) exemption when
member conducts business that will
disqualify it from the exemption
without the prior written approval
of the NASD

5.3.3    **Code of Procedure**

5.3.3.1    Article V—Limitation and approval
procedures under Article III. Sections 38
and 39 of the Rules of Fair Practice
Procedures under Article III. Section 38
of the Rules of Fair Practice

# RECORDKEEPING REQUIREMENTS UNDER SEC RULE 17a-3

| Section/Item | Currency Requirements' | Maintenance Requirements' |
|---|---|---|
| 1. Subparagraph (a)(1) — Blotters<br>a) Purchases and sales of securities<br>b) Receipts and deliveries of securities | Blotters must reflect transactions as of trade date and are to be prepared no later than the following business day. | Six (6) years, the first two (2) years in an easily accessible place. |
| 2. Subparagraph (a)(2)<br>a) General ledger | The general ledger must be posted as frequently as may be necessary to determine compliance with the net capital rule; but in any event not less frequently than once each month. | Six (6) years, the first two (2) years in an easily accessible place. |
| 3. Subparagraph (a)(3)<br>a) Customer ledger accounts | Customer ledger accounts must be posted no later than settlement date. | Six (6) years, the first two (2) years in an easily accessible place. |
| 4. Subparagraph (a)(4)<br>a) Securities in transfer<br>b) Dividends and interest received<br>c) Securities borrowed and securities loaned<br>d) Monies borrowed and monies loaned<br>e) Securities failed to receive and failed to deliver<br>f) Long and short stock record differences | a-e) Subsidiary ledgers are to be no later than two days after the date of securities or monies movement.<br><br>e) Fail ledgers must be posted no later than two (2) days subsequent to the settlement date.<br><br>f) Stock record differences are to be posted no later than seven (7) business days after the date of discovery. | a-f) Three (3) years, the first two (2) years in an easily accessible place. |
| 5. Subparagraph (a)(5)<br>a) Position record | The position record must be posted no later than the business day after settlement date or the date of securities movement. | Six (6) years, the first two (2) years in an easily accessible place. |
| 6. Subparagraphs (a)(6) and (a)(7)<br>a) Agency sales tickets<br>b) Principal sales tickets | These records are to be prepared before the execution of the transaction. | Three (3) years, the first two (2) years in an easily accessible place. |
| 7. Subparagraph (a)(8)<br>a) Confirmations<br>b) Comparisons | These records are to be prepared no later than the business day after the transaction day. | Three (3) years, the first two (2) years in an easily accessible place. |
| 8. Subparagraph (a)(9)<br>a) Cash account record<br>b) Margin account record | Customer account records must be prepared before transactions are effected in an account. | Six (6) years after the closing of such account. |
| 9. Subparagraph (a)(10)<br>a) Option records | Option records are to be prepared no later than the business date following the date the option was written. | Three (3) years, the first two (2) years in an easily accessible place. |
| 10. Subparagraph (a)(11)<br>a) Trial balance | Trial balances must be prepared not later than ten (10) business days after the end of an accounting period. | Three (3) years, the first two (2) years in an easily accessible place. |
| 11. Subparagraph (a)(12)<br>a) Associated person's application | An associated person's employment application should be prepared at/or prior to commencement of employment. | Three (3) years after termination of employment. |

'See Securities Exchange Act Release No. 12738, dated April 26, 1974.
'See SEC Rule 17a-4, as amended December 17, 1975.

# SAMPLE QUESTIONS

The questions which appear below are similar in format and content to questions on the examination. These sample questions, however, is not intended to exactly parallel either the level of difficulty or the subject coverage of the actual examination. Their purpose here is to assist candidates and training personnel in preparing for the types of multiple choice questions which will appear on the examination.

## ANSWERS TO SAMPLE QUESTIONS

1. (B)
2. (D)
3. (D)
4. (A)
5. (C)

## SAMPLE TEST QUESTIONS

1. A customer wishes to purchase securities in a margin account. In order for the broker/dealer to borrow money with the margined securities, the customer must sign which of the following?

(A) Power of attorney
(B) Hypothecation agreement
(C) Discretionary account agreement
(D) Maintenance agreement

2. Under what conditions may an NASD member firm sell "hot issue" securities to one of its non-registered employees?

(A) The amount of the purchase is small and not disproportionate to the size of the issue.
(B) The employee promises in writing to hold the securities for two years.
(C) The transaction is consistent with the employee's normal investment practice.
(D) Under no circumstances

3. Each of the following is a violation of NASD rules EXCEPT:

(A) "backing away"
(B) interpositioning
(C) free-riding and withholding
(D) marketing to the market

4. While engaged in a distribution, a managing underwriter may do each of the following EXCEPT

(A) solicit purchases through an updated research report
(B) accept unsolicited buy orders
(C) effect stabilizing transactions
(D) solicit purchase through use of a prospectus

5. Broker/dealer report on lost or stolen U.S. Government and agency securities are to be filed with the:

(A) NASD
(B) Designated Examining Authority
(C) Securities Information Center
(D) Uniform Practice Committee