```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/18/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the argument at the final pre-trial conference regarding the emails that reference Michael Milken, the Court is considering including Mr. Milken on the list of people whose names may be mentioned at trial. No later than 3 p.m. on May 21, the parties shall notify the Court whether they object to adding Mr. Milken to the juror questionnaire.

SO ORDERED.

Dated:   May 18, 2018
         New York, New York

Ronnie Abrams
United States District Judge