USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

---

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court is the government's renewed motion to preclude the defendants from cross-examining Mr. Raines on the issue of payday lending. The Court previously ruled that, in light of the reasonable, though disputed, belief that such lending is legal, cross-examination on this topic is not probative of any witness's character for truthfulness. In cross-examining Tim Anderson, however, counsel for John Galanis asked about the WLCC's online lending business and tried to specifically elicit the fact that payday lending is another phrase used to refer to such businesses. The Court will not alter its prior ruling.

Mr. Galanis has, however, shown a good-faith basis for cross-examining Mr. Raines on various acts associated with the WLCC's lending business. Accordingly, Mr. Galanis may inquire as to these specific alleged acts of misconduct that are probative of Mr. Raines' character for truthfulness. But this ruling has several important restrictions: the defendants (1) may not elicit the fact that the WLCC or Mr. Raines are engaged specifically in online or payday lending as opposed to lending more generally; (2) may not inquire about any lawsuits or complaints, the basis of which is that payday lending itself is illegal or otherwise predatory and (3) any acts inquired of

must be attributed to Mr. Raines rather than another individual who is associated with the same entity as Mr. Raines.

Finally, and as the government conceded in its letter of June 4th, the defendants may inquire as to any purported misstatements relating to the association between the WLCC and the Oglala Sioux Tribe, so long as the WLCC's participation in online or payday lending is not elicited.

SO ORDERED.

Dated:   June 9, 2018
         New York, New York

_____
Ronnie Abrams
United States District Judge