```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON GALANIS, et al.,

Defendants.

No. 16-CR-371 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Pending before the Court is the government's motion to exclude excerpts of a conversation between Mr. Cooney and another individual, Billy Crafton. The Court will admit some, though not all, of the portions of the conversation identified by Mr. Archer and Mr. Cooney. The Court will not, however, allow the government to introduce the remaining portions identified in its moving papers, which concern Cooney's "pump-and-dump methodology, [including] the need to control all of the freely trading shares of such stock, [and] his efforts to engage in such tactics with respect to shares of Flikdate," as well as Crafton's "offer to assist in such schemes by parking shares with [Crafton's] investment advisory clients in return for a kickback." ECF No. 441, at 16. Particularly in light of the Court's ruling that evidence of the alleged Code Rebel pump-and-dump is inadmissible, this evidence is of scant probative value, which would be substantially outweighed by the danger of unfair prejudice.

SO ORDERED.

Dated: June 11, 2018
New York, New York

Ronnie Abrams
United States District Judge