UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

Docket in Both Cases
15 cr 643(PKC)
16 cr 371(PKC)

-against-

ORDER

JASON GALANIS,

Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

Upon the application of counsel for the government, the conference previously scheduled for December 2, 2019 is adjourned until January 9, 2020 at 2 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendants in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to facilitate a resolution of the case by a plea in the above two cases. Accordingly, the time between today and January 9, 2020 is excluded under the Speedy Trial Act.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 26, 2019