**PELUSO & TOUGER, LLP**
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

May 26, 2020

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: United States v. John Galanis, 16 CR 371 (RA)**

Your Honors:

    Due to Judge Castel's denial of Mr. Galanis' compassionate release motion I hereby withdraw the similar motion before this Court.

    Thank you very much for your attention to this matter.

Dated: New York, New York
       May 26, 2020

Respectfully submitted,

*David Touger*
David Touger, Esq.

---

Application granted. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 905, 907-909, and 912.

SO ORDERED.

_____
Hon. Ronnie Abrams
5/27/2020