UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-4-21

UNITED STATES OF AMERICA,

v.

JOHN GALANIS, *et al.*,

Defendants.

16-CV-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Government is hereby ordered to submit a revised restitution order for Defendants John Galanis and Bevan Cooney consistent with the decision of Court of Appeals for the Second Circuit dated February 9, 2021.  *See* Dkt. 963.  The Government shall file the revised order no later than April 4, 2021.

SO ORDERED.

Dated:    March 4, 2021
             New York, New York

RONNIE ABRAMS
United States District Judge