

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

April 9, 2025

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Jason Galanis, et al.*, 16 Cr. 371 (RA)

Dear Judge Abrams:

We represent Devon Archer. As the Court is aware, on March 25, the President of the United States issued a "full and unconditional pardon" to Mr. Archer. [ECF No. 1112]. In granting the pardon to Mr. Archer, the President stated, "I looked at the record, studied the records, and he was a victim of crime as far as I'm concerned." *See* https://tinyurl.com/5d9ta9r9. That finding is, of course, consistent with the undisputed fact that Mr. Archer lost money in the charged scheme, leading Your Honor to conclude that Mr. "Archer was not a party to this conspiracy but was instead being manipulated by a skillful con artist," and ultimately to harbor an "unwavering concern that Archer is innocent of the crimes charged." [ECF No. 690 at 22, 42].

I contacted the government on the same day the pardon was issued to confirm that it would be dismissing the indictment against him, lifting the liens that had been filed on various real properties, and returning Mr. Archer's other property to him. Yet as of this morning, this case remains pending and the government reports that it is "consulting internally re: next steps." Two full weeks after Mr. Archer received a full and unconditional pardon, he remains subject to pre-trial supervision, his travel is restricted, he remains liable on a fully-secured bond, and his accounts are garnished and/or have been liquidated and are being held by the government [ECF Nos. 12, 1050-51, 1067].[1]

Mr. Archer has been patient for nearly a decade, and he is willing to be patient a little while longer for the government to inevitably do what the law and the Constitution require, which is to dismiss the charges against Mr. Archer with prejudice. *See generally United States v. Kolfage*, No. 20 Cr. 412 (AT), 2021 WL 2117211, at *3 (S.D.N.Y. May 25, 2021) (holding that "dismissal of the Indictment is the proper course" following a presidential pardon). In the meanwhile, Mr. Archer respectfully requests that the Court cancel the sentencing scheduled for later this month and relieve him from the need to file a submission that would otherwise be due this week.

---

[1]    The office's Civil Division, to its credit, did promptly take steps to lift the judgment liens it had placed on various real properties.

Thank you for your consideration of this request.

Respectfully,

*/s/ Matthew L. Schwartz*
Matthew L. Schwartz